USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/27/2015

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

August 26, 2015

BY HAND DELIVERY

Honorable John F. Keenan
United States District Court
U.S. Courthouse
500 Pearl Street, Room 1930
New York, New York 10007-1312

Re:  The State of New York Ex Rel Vinrod Khurana, et al. v.
     Spherion Corp. (n/k/a SFN Group, Inc.), 15 Civ. 06605-JFK

Dear Judge Keenan:

We represent defendant SFN Group, Inc. (f/k/a Spherion Corp.) ("SFN Group") and respectfully request that SFN Group's time to answer or otherwise respond to the complaint be extended until October 9, 2015.

We were retained in this action on August 18, 2015. This action was removed to this Court from Supreme Court, New York County on August 20, 2015. Under Rule 81 of the Federal Rules of Civil Procedure, SFN Group must respond to the complaint in this removed action on or before August 27, 2015. SFN Group's response to the complaint was due in state court on September 11, 2015. No prior requests for an extension have been made to this Court. Plaintiff/Relator Vinrod Khurana has consented to this request.

We appreciate Your Honor's consideration of this request.

Respectfully yours,

*Rita M. Glavin* /TRH

Rita M. Glavin

cc:  David E. Kovel, Esq.
     (by email)
     David A. Bishop, Esq.
     (by email)

6787512

Plaintiff consenting, the application is granted. Defendant's time to answer or otherwise respond to the complaint is extended until October 9, 2015.

SO ORDERED.

Dated:  New York, New York
        August 27, 2015

_____
U.S.D.J.
for Hon. J.F. Keenan USDJ