UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STATE OF NEW YORK *EX REL* VINROD KHURANA and THE CITY OF NEW YORK *EX REL* VINROD KHURANA,<br><br>Plaintiffs,<br><br>v.<br><br>SPHERION CORP. (N/K/A SFN GROUP, INC.),<br><br>Defendant. | Case No. 15 Civ. 06605<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that David E. Kovel, an attorney in good standing admitted to practice before this Court, hereby respectfully enters his appearance as counsel of record on behalf of Plaintiff Vinod Khurana in the above-captioned proceeding.

Please take further notice that pleadings, correspondence, and other papers relating to this proceeding should be served upon him as counsel for Plaintiff Vinod Khurana.

Date:  August 28, 2015
       New York, New York

                                                  Respectfully submitted,

                                                  **KIRBY McINERNEY LLP**

                                       By: */s/ David E. Kovel*
                                           David E. Kovel
                                           825 Third Avenue, 16th Floor
                                           New York, New York 10022
                                           Telephone:  (212) 371-6600
                                           Facsimile:   (212) 751-2540
                                           E-mail: dkovel@kmllp.com

                                           *Counsel for Vinod Khurana*

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the foregoing Notice of Appearance has been filed electronically and made available for viewing through and downloading from the Court's Electronic Case Filing System. Pursuant to District Court Local Civil Rule 5.2, the Notice of Appeal has thereby been served electronically upon counsel for all parties in this action.

Dated: New York, New York
       August 28, 2015

                                            */s/ Anna Linetskaya*