# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM

Of counsel
 Roger W. Kirby
 Alice McInerney

August 28, 2015

**VIA ECF AND BY HAND DELIVERY**
Honorable John F. Keenan
United States District Court
U.S. Courthouse
500 Pearl Street, Room 1930
New York, New York 10007-1312

        Re:    *The State of New York Ex Rel Vinrod Khurana, et al. v.*
                <u>*Spherion Corp. (n/k/a SFN Group, Inc.)*</u>, 15 Civ. 06605-JFK

Dear Judge Keenan:

       We are counsel for Plaintiff Vinod Khurana in the above-referenced action and submit this letter in accordance with Rule 1.A of Your Honor's Individual Practices. It has come to our attention that the case caption in the above-reference action misspells the first name of Plaintiff Vinod Khurana, and reads "Vinrod" as opposed to "Vinod," which is Plaintiff's correct legal name.

       Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the court may correct a clerical mistake arising from oversight whenever one is found in the record. The court may do so on motion or on its own, with or without notice. We thus respectfully request that the case caption in this action be amended to rectify the above-described misspelling of Plaintiff's first name and to read as follows:

> THE STATE OF NEW YORK *EX REL* VINOD KHURANA
> and THE CITY OF NEW YORK *EX REL* VINOD
> KHURANA,
>
>                             Plaintiffs,
>
>                               v.
>
> SPHERION CORP. (N/K/A SFN GROUP, INC.),
>
>                             Defendant.

KIRBY McINERNEY LLP

>Defendant has consented to this request.
>
>We appreciate Your Honor's consideration of this request.
>
> Respectfully yours,
>
>Anna Linetskaya

cc:     Counsel of record