UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8-31-15

------------------------------------x

Vinod Khurana

                                 Plaintiff(s)        15 CIV. 6605

-vs-

                                                     Notice of a Pretrial
                                                           Conference

Spherion Corp.

                                 Defendant(s)

------------------------------------x

       Counsel are directed to appear in Courtroom 20-C on November 19, 2015 at 11:30 a.m., for a pretrial conference, for the purpose of discussing the status of this case. Please notify your adversary as to the date of this conference.

       This conference will not be adjourned except by order of the Court.

       SO ORDERED.

DATED: NEW YORK, NEW YORK
       8-31-15

                                                 JOHN F. KEENAN
                                                 U.S.D.J.