UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

THE STATE OF NEW YORK EX REL VINOD
KHURANA AND THE CITY OF NEW YORK EX REL
VINOD KHURANA,

                                                        **NOTICE OF APPEARANCE**

                            Plaintiff,

                                                        15 Civ. 6605 (JFK)

           -against-

SPHERION CORP.,

                            Defendant.

------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Sabita Krishnan, Assistant Corporation Counsel, hereby appears as a counsel of record for The City of New York. The undersigned requests that her name and e-mail be added to the mailing list maintained by the Clerk in the within case and that all notices given or required to be given be served upon her via the ECF system.

Dated:       New York, New York
                September 1, 2015

                                                    ZACHARY W. CARTER
                                                    Corporation Counsel of the
                                                       City of New York
                                                    *Attorney for the City of New York*
                                                     100 Church Street, Rm. 20-83
                                                     New York, New York 10007
                                                     (212) 356-2273
                                                     skrishna@law.nyc.gov


                                                 By:    __/s/ Sabita Krishnan
                                                         SABITA KRISHNAN
                                                         Assistant Corporation Counsel