# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM

Of counsel
   Roger W. Kirby
   Alice McInerney



MEMO ENDORSED

October 15, 2015

**VIA ECF AND BY HAND DELIVERY**

Honorable John F. Keenan
United States District Court
U.S. Courthouse
500 Pearl Street, Room 1930
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-15

    Re:    *The State of New York Ex Rel Vinod Khurana, et al. v.*
            *Spherion Corp. (n/k/a SFN Group, Inc.)*, **15 Civ. 06605-JFK**

Dear Judge Keenan:

      We are counsel for Plaintiff Vinod Khurana in the above-referenced action and submit this letter in accordance with Rule 1.A and Rule 1.E of Your Honor's Individual Practices. We respectfully request that: (1) Vinod Khurana's time to file his opposition to Defendant Spherion Corp.'s (n/k/a SFN Group, Inc.) ("SFN Group") motion to dismiss be extended until November 23, 2015; and (2) SFN Group's time to file its reply be extended until December 23, 2015.

      This action was removed to this Court from Supreme Court, New York County on August 20, 2015. On August 26, 2015, SFN Group respectfully asked the Court to extend its time to answer or otherwise respond to Vinod Khurana's complaint until October 9, 2015. On August 27, 2015, the Court issued an Order granting the extension. No subsequent requests for an extension have been made to this Court.

      On October 9, 2015, SFN Group served its moving papers on Vinod Khurana. Pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Vinod Khurana's opposition papers are presently due on October 26, 2015, and SFN Group's reply papers are due on November 5, 2015.

1

KIRBY McINERNEY LLP

     Defendant SFN Group's counsel consents to this request, and we respectfully request that the Court grant the proposed extension.

     We appreciate Your Honor's consideration of this request.

Respectfully yours,

Anna Linetskaya

cc:    Counsel of record

```
Defendant consenting, the application is granted.
Plaintiff Vinod Khurana's time to serve its response
to Defendant's motion to dismiss is extended until
November 23, 2015.  Defendant's time to file its reply
is extended until December 23, 2015.

SO ORDERED.

Dated:     New York, New York
           October 19, 2015
```

_____
JOHN F. KEENAN
United States District Judge

2