UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

The State of New York

:

vs

:

Spherion Corp

:

15 Civ. 6605

------------------------------------x

             PLEASE BE ADVISED THAT THE CONFERENCE SCHEDULED FOR November 19, 2015 IS HEREBY CANCELLED.

Dated: 11-16-15

RESPECTFULLY,

William Ryan

Clerk to Judge Keenan