UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-7-15

------------------------------------x

The State of New York Ex Rel Vinod Khurana

Plaintiff(s)

-vs-

Spherion Corp.

Defendant(s)

15 CIV. 6605

Notice of a Pretrial Conference

------------------------------------x

Counsel are directed to appear in Courtroom 20-C on _December 21, 2015_ at _11:15 a.m._, for a pretrial conference, for the purpose of discussing the status of this case. Please notify your adversary as to the date of this conference.

This conference will not be adjourned except by order of the Court.

SO ORDERED.

DATED: NEW YORK, NEW YORK
12-7-15

John F. Keenan
JOHN F. KEENAN
U.S.D.J.