UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VINOD KHURANA, et al,                    :        **NOTICE OF CONFERENCE**

                      Plaintiff(s),          :        15cv06605-JGK-FM

    -v-

SPHERION CORPORATION, et al,             :

                                              :

                      Defendant(s).
------------------------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/22/15

Dear Counsel:

      A telephone conference in this matter has been scheduled for JANUARY 25, 2016, at 11:00 a.m., before Magistrate Judge Frank Maas. Counsel for the plaintiff shall initiate the call by placing a conference call to Judge Maas' chambers at (212) 805-6727. Requests for adjournment must be made to the Court, in **writing**, at least two business days prior to the conference.

Dated: December 22, 2015
       New York, New York

                                                            Marilyn Ong
                                                           Courtroom Deputy

Copies to all Counsel via ECF