UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE STATE OF NEW YORK *EX REL* VINOD
KHURANA and THE CITY OF NEW YORK *EX REL*
VINOD KHURANA,

                                      Plaintiffs,

                v.

SPHERION CORP. (N/K/A SFN GROUP, INC.),

                                      Defendant.

Case No. 15-cv-06605-JFK

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying affidavit of Mark J. Hyland, sworn to October 9, 2015, including all exhibits annexed thereto, the accompanying memorandum of law, and upon all prior pleadings and proceedings herein, Defendant Spherion Corp. (n/k/a SFN Group, Inc.) shall move this Court, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, Courtroom 20C, before the Hon. John F. Keenan, at such time as counsel may be heard, for an order dismissing the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1) and/or 12(b)(6) and for such other and further relief as the Court deems just and proper.

New York, New York
October 9, 2015

                                                  Respectfully submitted,

                                                  SEWARD & KISSEL LLP

                                                  By: /s/ Mark J. Hyland
                                                        Mark J. Hyland
                                                        Rita M. Glavin
                                                        Thomas Ross Hooper
                                                 One Battery Park Plaza
                                                 New York, NY 10004
                                                 Telephone:  (212) 574-1200
                                                 Facsimile:  (212) 480-8421

                                                 *Attorneys for SFN Group, Inc.*
                                                 *(f/k/a Spherion Corp.)*

SK 28938 0001 6850147