# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

**VIA CERTIFIED U.S. MAIL**

January 18, 2011

Complaint Bureau
New York City Department of Investigation
80 Maiden Lane
New York, New York 10038

        Re:    *Whistleblower claim pursuant to the New York City False Claims Act*
                  Our File No. 820.01

To whom it may concern:

        Please find enclosed the proposed complaint of Relator Vinod Khurana along with a flash drive containing digital copies of all material evidence and information possessed by Relator in support of the allegations. The proposed complaint, brought pursuant to the New York City False Claims Act, Local Law No. 53, § 7-803 *et seq.* of Chapter 8 of Title 7 of the Administrative Code of the City of New York, details the nature and time frame of alleged fraud on the City of New York's CityTime electronic payroll software project.

        Relator Khurana resides at 70 Greene Street, Jersey City, New Jersey, 07302, and maintains a home phone number, (201) 332-8930, a cell phone number, (201) 704-0834, and an e-mail address, vkhurana2@gmail.com. The Department of Investigation may contact the Relator through his counsel: David Kovel of Kirby McInerney LLP, phone number (212) 371-6600.

                                          Very truly yours,

                                          David Kovel

Enclosures