| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *LP. Goethe*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  1-20 |
| 1. Article Addressed to:<br><br>Complaint Bureau<br>NYC Dep't of Investigation<br>80 Maiden Lane<br>New York, NY 10038 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0220 0004 7514 7396 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540