UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STATE OF NEW YORK *EX REL* VINOD KHURANA and THE CITY OF NEW YORK *EX REL* VINOD KHURANA,<br><br>       Plaintiffs,<br><br>  v.<br><br>SPHERION CORP. (N/K/A SFN GROUP, INC.),<br><br>       Defendant. | Case No. 15 Civ. 06605-JFK-FM<br><br>NOTICE OF APPEARANCE |

  PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters his appearance as attorney of record for Defendant SFN Group, Inc. (f/k/a Spherion Corp.) in the above-captioned action and requests that all subsequent papers be served upon him at the address below.

New York, New York
December 23, 2015

        **SEWARD & KISSEL LLP**

        By: /s/ Thomas Ross Hooper
          Thomas Ross Hooper
        One Battery Park Plaza
        New York, NY 10004
        Telephone: (212) 574-1200
        Facsimile: (212) 480-8421

        *Attorneys for SFN Group, Inc.*
         *(f/k/a Spherion Corp.)*