**KIRBY McINERNEY LLP**

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM
Of counsel
Roger W. Kirby
Alice McInerney

**MEMO ENDORSED**

January 6, 2016

**VIA Electronic Filing and E-Mail**

Hon. John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-11-16

Re: *The State of New York Ex. Rel. Vinod Khurana and the City of New York Ex Rel. Vinod Khurana v. Spherion Corp. (N/K/A SFN Group, Inc.),* 15 cv 6605 (JFK)

Dear Judge Keenan,

We are counsel for Relator Vinod Khurana in the above-referenced action and submit this letter in accordance with Rule 1.A of Your Honor's Individual Practices.

We respectfully request an extension of time to file the Motion for Relator's Share, which originally had been filed in the New York Supreme Court, County of New York.[1] With the Court's permission, we request our time to file the moving papers be extended to Friday, January 8, 2016 and that the City of New York file its opposition on January 15, 2016.

We have conferred with counsel for the City of New York and they have agreed to this schedule. This is our first request for an extension and will not interfere with any other pre-existing schedule.[2]

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

/s/ David E. Kovel
David E. Kovel

```
The City of New York consenting, the application is granted.

SO ORDERED.

Dated:    New York, New York
          January 11, 2016
                                          John F. Keenan
                                          United States District Judge
```