UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STATE OF NEW YORK *EX REL* VINOD KHURANA and THE CITY OF NEW YORK *EX REL* VINOD KHURANA,<br><br>Plaintiffs,<br><br>v.<br><br>SPHERION CORP. (N/K/A SFN GROUP, INC.),<br><br>Defendant. | Case No. 15-cv-06605-JFK-FM |

**NOTICE OF MOTION FOR RELATOR'S SHARE**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion for Relator's Share and the Affirmation of David E. Kovel with annexed exhibits, each of which is filed concurrently herewith, and all prior proceedings in this action, Plaintiff/Relator, Vinod Khurana, hereby moves this Court for entry of an order awarding him a relator's share of the settlement between, *inter alia*, the City of New York and Science Applications International Corporation, Inc., pursuant to the New York State and New York City False Claims Acts.  N.Y. State Fin. Law §§ 187, *et seq*.; Local Law No. 53.

This motion was previously filed under seal, on April 12, 2013, in New York State Court, *The State of New York ex rel Vinod Khurana, et al., v. Spherion Corp. (N/K/A SFN Group, Inc.), et al.*, Index No. 650927/11.  It has since been unsealed and removed to this Court. *See* ECF No. 1.  Plaintiff re-files the motion and accompanying papers herewith in substantially the same form as that previously filed.

1

New York, New York　　　　　　　　　　　　　　Respectfully Submitted,
January 8, 2016

**KIRBY McINERNEY LLP**

By: */s/ David E. Kovel*
　　　David E. Kovel
　　　David A. Bishop
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 371-6600
Fax: (212) 751-2540

**JAMES HOYER, P.A.**

John R. Newcomer, Jr.
Elaine Stromgren
Jillian Estes
One Urban Center, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609
Tel: (813) 397-2300
Fax: (813) 397-2310

*Attorneys for Plaintiff/Relator
Vinod Khurana*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STATE OF NEW YORK *EX REL* VINOD KHURANA and THE CITY OF NEW YORK *EX REL* VINOD KHURANA,<br><br>Plaintiffs,<br><br>v.<br><br>SPHERION CORP. (N/K/A SFN GROUP, INC.),<br><br>Defendant. | Case No. 15-cv-06605-JFK-FM |

**[PROPOSED] ORDER**

Having considered the motion of Vinod Khurana for an order awarding him a relator's share of the settlement between, *inter alia*, the City of New York and Science Applications International Corporation, Inc., the accompanying Memorandum of Law and the Affirmation of David E. Kovel in support thereof, and good cause appearing therefore, **IT IS HEREBY ORDERED:**

(1)     The motion is **GRANTED**.

(2)     Pursuant to the New York State and New York City False Claims Acts, N.Y. State Fin. Law §§ 187, *et seq.*; Local Law No. 53, respectively, Plaintiff/Relator Khurana is hereby awarded a relator's share of 25% as appropriate whistleblower compensation.


DATED: _____          _____
                                                                                THE HONORABLE JOHN F. KEENAN
                                                                                UNITED STATES DISTRICT JUDGE