UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-18

------------------------------------x

The State of New York

                               Plaintiff(s)   :   15 CIV. 6605

-vs-

                                :   <u>Notice of a Pretrial</u>
                                    <u>Conference</u>

Spherion Corp.

                              Defendant(s)  :

------------------------------------x

        Counsel are directed to appear in Courtroom 20-C on July 9, 2018 at 11:00 a.m., for a pretrial conference, for the purpose of discussing the status of this case. Please notify your adversary as to the date of this conference.

        This conference will not be adjourned except by order of the Court.

        SO ORDERED.

DATED:  NEW YORK, NEW YORK
        6-20-18

                                           /s/ John F. Keenan
                                             JOHN F. KEENAN
                                               U.S.D.J.