## SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

ROSS HOOPER
COUNSEL
(212) 574-1507
hooper@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

June 25, 2018

BY ECF AND HAND DELIVERY

Honorable John F. Keenan
United States District Court
U.S. Courthouse
500 Pearl Street, Room 1930
New York, New York 10007-1312

Re: The State of New York Ex Rel Vinod Khurana, et al. v. Spherion Corp. (n/k/a SFN Group, Inc.), 15 Civ. 06605-JFK

Dear Judge Keenan:

We represent defendant SFN Group, Inc. (f/k/a Spherion Corp.) ("SFN Group") and write regarding the Court's Order dated June 20, 2018 (ECF No. 97), setting a Pretrial Conference for July 9, 2018 at 11:00 a.m.

Counsel for SFN Group has pre-existing conflicts on July 9, 2018. We respectfully request a brief adjournment of the Pretrial Conference until later in the week of July 9 or July 16, or such other time as may be convenient for the Court.

We have conferred with counsel for Plaintiff/Relator Vinod Khurana. Counsel for both parties are available on July 11, July 12, July 19 and July 20. No prior requests for an extension have been made to this Court, and this request does not affect any other scheduled dates. Counsel for Plaintiff/Relator Vinod Khurana does not oppose this request.

We appreciate Your Honor's consideration of this request.

Respectfully yours,

*J. Ross Hooper*

Thomas Ross Hooper

cc: Counsel of Record
    (by email)

SK 28938 0001 7933942