UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STATE OF NEW YORK *EX REL* VINROD KHURANA and THE CITY OF NEW YORK *EX REL* VINROD KHURANA,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>SPHERION CORP. (N/K/A SFN GROUP, INC.),<br><br>　　　　　　　　　　Defendant. | Case No. 15 Civ. 06605<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Seth M. Shapiro, an attorney in good standing admitted to practice before this Court, hereby respectfully enters his appearance as counsel of record on behalf of Plaintiff Vinod Khurana in the above-captioned proceeding.

Please take further notice that pleadings, correspondence, and other papers relating to this proceeding should be served upon him as counsel for Plaintiff Vinod Khurana.

Date:　July 10, 2018
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**KIRBY McINERNEY LLP**

　　　　　　　　　　　　　　　　　　　By: */s/ Seth M. Shapirro*
　　　　　　　　　　　　　　　　　　　　　Seth M. Shapiro
　　　　　　　　　　　　　　　　　　　　　825 Third Avenue, 16th Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 371-6600
　　　　　　　　　　　　　　　　　　　　　Facsimile:   (212) 751-2540
　　　　　　　　　　　　　　　　　　　　　E-mail: sshapiro@kmllp.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Vinod Khurana*

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the foregoing Notice of Appearance has been filed electronically and made available for viewing through and downloading from the Court's Electronic Case Filing System. Pursuant to District Court Local Civil Rule 5.2, the Notice of Appeal has thereby been served electronically upon counsel for all parties in this action.

Dated: New York, New York
      July 10, 2018

                                              */s/ Seth M. Shapiro*