UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ X

THE STATE OF NEW YORK EX REL :
VINOD KHURANA and THE CITY OF :
NEW YORK EX REL VINOD KHURANA, :
:
    Plaintiffs, :
:
 -against- :
:
SPHERION CORP. (N/K/A SFN :
GROUP, INC.), :
    Defendant. :

------------------------------ X

No. 15 Civ. 6605 (JFK)
**SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONI...  FILED
DOC #
DATE ... 7-19-18

**JOHN F. KEENAN, United States District Judge:**

  This Court so orders the following discovery and litigation schedule for the resolution for the Plaintiff-Relator's retaliation claims brought under New York State False Claims Act, N.Y. Fin. Law §§ 187-194.

**RULE 26 DISCLOSURES**

  The Parties exchanged Rule 26 disclosures on July 13, 2018.

**FACT DISCOVERY**

  The Parties began fact discovery on July 13, 2018.  Fact disclosure shall be completed by November 13, 2018.  All requests for fact discovery shall be served no less than 30 days prior to the completion of fact discovery.

**EXPERT DISCOVERY**

  Expert discovery shall close at the same time as fact discovery.  Expert reports, if any, shall be served on or before October 12, 2018.

**PRE-TRIAL MOTIONS**

All pretrial motions, including summary judgment, <u>in limine</u> and Daubert motions, must be filed on or before December 13, 2018.

**PRE-TRIAL CONFERENCE**

In the event that the parties do not file pretrial motions, the final pretrial conference will be held on November 19, 2018.

In the parties do file pretrial motions, the final pretrial conference will be set in the decision on the pre-trial motions.

**TRIAL DATE**

A trial date will be set at the final pre-trial conference.

**SO ORDERED.**

Dated:     New York, New York
           July  19  , 2018

*John F. Keenan*
                              John F. Keenan
                        United States District Judge