UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

THE STATE OF NEW YORK EX REL VINOD KHURANA AND THE CITY OF NEW YORK EX REL VINOD KHURANA,

                       Plaintiff,

-against-

SPHERION CORP.,

                      Defendant.

-------------------------------------------------------------- X

Case No. 15-cv-6605 (JFK)

**NOTICE OF WITHDRAWAL OF APPEARANCE OF ATTORNEY LILIA ISOBEL TOSON AS COUNSEL FOR THE CITY OF NEW YORK**

      **PLEASE TAKE NOTICE** that Lilia Isobel Toson is no longer an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and is hereby withdrawn as counsel for The City of New York in the above-captioned action. Sabita Lakshmi Krishnan continues to serve as counsel for the City of New York in this action, and should be designated as lead attorney for the City

Dated:     New York, New York
            July 24, 2018

                                         ZACHARY W. CARTER
                                         Corporation Counsel of the City of New York
                                         *Attorney for The City of New York*
                                         100 Church Street, Room 20-82
                                         New York, New York 10007
                                         (212) 356-2299

                                         By:  /s/ Richard J. Costa_____
                                               Richard J. Costa
                                               Assistant Corporation Counsel

So Ordered:

*/s/ John F. Keenan*   7/24/18
John F. Keenan
United States District Judge