UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X
THE STATE OF NEW YORK <u>EX REL</u> VINOD KHURANA and THE CITY OF NEW YORK <u>EX REL</u> VINOD KHURANA,

      Plaintiffs,

  -against-

SPHERION CORP. (N/K/A SFN GROUP, INC.),

      Defendant.
------------------------------------------------------- X

Civil Action No. 1:15-cv-06605-JFK-OTW

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Howard M. Wexler, a partner with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters his appearance as attorney for Defendant Spherion Corp. (n/k/a SFN Group, Inc.) in the above-captioned matter.  I certify that I am admitted to practice in this Court.

Dated: August 7, 2018

                                        SEYFARTH SHAW LLP

                                        By: */s/ Howard M. Wexler*
                                             Howard M. Wexler
                                             620 Eighth Avenue
                                             New York, New York 10018
                                             Tel: (212) 218-5500
                                             Fax: (212) 218-5526
                                             hwexler@seyfarth.com

                                             *Attorneys for Defendant Spherion Corp.*
                                             *(n/k/a SFN Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the District Court through the Court's CM/ECF system, which sent notification of such filing to all counsel of record in this action.

*/s/ Howard M. Wexler*
Howard M. Wexler

2

48126042v.1