UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
THE STATE OF NEW YORK <u>EX REL</u> :
VINOD KHURANA and THE CITY OF : Civil Action No. 1:15-cv-06605-JFK-OTW
NEW YORK <u>EX REL</u> VINOD KHURANA, :
: **NOTICE OF APPEARANCE**
:
Plaintiffs, :
:
-against- :
:
SPHERION CORP. (N/K/A SFN :
GROUP, INC.), :
:
Defendant. :
X

-------------------------------------------------------

      **PLEASE TAKE NOTICE** that Christopher F. Robertson, a partner with the law firm Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA 02210-2028, hereby enters his appearance as attorney for Defendant Spherion Corp. (n/k/a SFN Group, Inc.) in the above-captioned matter.  I certify that I am admitted to practice in this Court.

Dated: August 7, 2018                        SEYFARTH SHAW LLP

                                            By: */s/ Christopher F. Robertson*
                                                 Christopher F. Robertson
                                                 Two Seaport Lane, Suite 300
                                                 Boston, MA 02210-2028
                                                 Tel: (617) 946-4800
                                                 Fax: (617) 946-4801
                                                 crobertson@seyfarth.com

                                                 *Attorneys for Defendant Spherion Corp.*
                                                 *(n/k/a SFN Group, Inc.*

48126096v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2018, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the District Court through the Court's CM/ECF system, which sent notification of such filing to all counsel of record in this action.

*/s/ Christopher F. Robertson*
Christopher F. Robertson

48126096v.1