UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STATE OF NEW YORK *ex rel.* VINOD KHURANA and THE CITY OF NEW YORK *ex rel.* VINOD KHURANA,<br><br>      Plaintiffs,<br><br>    v.<br><br>SPHERION CORP. (N/K/A SFN GROUP, INC.),<br><br>      Defendant. | Case No. 15-cv-06605-JFK<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE***<br><br>**ECF Case** |

  The motion of Sean Estes, a partner of James Hoyer, P.A., for admission to practice *pro hac vice* in the above-captioned case is **GRANTED**.

  Applicant has declared that he is a member in good standing of the bar of the State of Florida and that his contact information is as follows:

> Sean Estes
> JAMES HOYER, P.A.
> 2801 West Busch Blvd.
> Suite 200
> Tampa, FL 33618
> Tel.: (813) 375-3700
> Fax: (813) 375-3710
> sestes@jameshoyer.com



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-20-18
```

Applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff-Relator Vinod Khurana in the above-captioned action.

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 20, 2018        John F. Keenan
                              United States District / ~~Magistrate~~ Judge