UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE STATE OF NEW YORK *EX REL* VINROD KHURANA and THE CITY OF NEW YORK *EX REL* VINROD KHURANA,

    Plaintiffs,

v.

SPHERION CORP. (N/K/A SFN GROUP, INC.),

    Defendant.

Case No. 15-cv-06605-JFK

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sean Estes, an attorney in good standing admitted to practice before this Court, hereby respectfully enters his appearance as counsel of record on behalf of Plaintiff-Relator Vinod Khurana in the above-captioned proceeding.

Please take further notice that pleadings, correspondence, and other papers relating to this proceeding should be served upon him as counsel for Plaintiff-Relator Vinod Khurana.

Date: August 21, 2018
     Tampa, FL

    Respectfully submitted,

    */s/ Sean Estes*
    Sean Estes (Fla. Bar No. 0055770)
    (Admitted *pro hac vice*)
    **JAMES HOYER, P.A.**
    2801 West Busch Blvd., Suite 200
    Tampa, FL 33618
    Tel.: (813) 375-3700
    Fax: (813) 375-3710
    sestes@jameshoyer.com

    *Counsel for Plaintiff-Relator Vinod Khurana*