UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-18

THE STATE OF NEW YORK *ex rel.*
VINOD KHURANA and THE CITY OF NEW
YORK *ex rel.* VINOD KHURANA,

    Plaintiffs,

v.

SPHERION CORP. (N/K/A SFN GROUP, INC.),

    Defendant.

Case No. 15-cv-06605-JFK

**ORDER GRANTING
WITHDRAWAL OF ATTORNEY**

ECF Case

Before the Court is the Motion to Withdraw Attorney (Dkt. ____). Upon consideration, the Motion to Withdraw Attorney is **GRANTED**. Jillian L. Estes is withdrawn as counsel for Plaintiff and is hereby relieved of any further responsibility in this case. The law firms of James Hoyer, P.A., and Kirby McInerney, LLP, shall remain as counsel for Plaintiff.

DONE AND ORDERED this 4th day of September, 2018.

*John F. Keenan*
United States District Judge
Southern District of New York