UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

THE STATE OF NEW YORK EX REL
VINOD KHURANA and THE CITY OF
NEW YORK EX REL VINOD KHURANA,

        Plaintiffs,

  -against-

SPHERION CORP. (N/K/A SFN
GROUP, INC.),

        Defendant.

------------------------------------------------------- X

Civil Action No. 1:15-cv-06605-JFK-OTW

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Lisa L. Savadjian, of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters her appearance as attorney for Defendant Spherion Corp. (n/k/a SFN Group, Inc.) in the above-captioned matter. I certify that I am admitted to practice in this Court.

Dated: September 13, 2018

        SEYFARTH SHAW LLP

        By: /s/ *Lisa L. Savadjian*
           Lisa L. Savadjian
           620 Eighth Avenue
           New York, New York 10018
           Tel: (212) 218-5500
           Fax: (212) 218-5526
           lsavadjian@seyfarth.com

        *Attorneys for Defendant Spherion Corp. (n/k/a SFN Group, Inc.*

49348277v.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2018, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the District Court through the Court's CM/ECF system, which sent notification of such filing to all counsel of record in this action.

*/s/ Lisa L. Savadjian*
Lisa L. Savadjian
