# SEYFARTH SHAW



Writer's direct phone
(212) 218-3332

Writer's e-mail
hwexler@seyfarth.com

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

November 2, 2018



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-14-18

**VIA ECF**
The Honorable John F. Keenan
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10022

Re: **State of New York *ex rel.* Vinod Khurana v. Spherion Corp. (n/k/a SFN Group, Inc.), No. 1:15-cv-06605-JFK-OTW**

Dear Judge Keenan:

This law firm represents SFN Group, LLC, f/k/a Spherion Corp. ("Defendant") in the above-referenced action. We submit this joint letter on behalf of both parties, with the consent of David Kovel, counsel for Plaintiff Vinod Khurana. The purposes of this letter are to: (1) renew our *sub judice* letter-motion dated October 12, 2018, *see* ECF No. 114, which respectfully requests an extension of the fact discovery deadline from November 13, 2018 to January 14, 2019; (2) update the Court on the progress that the parties have made with discovery since their submission of that letter-motion; and (3) respectfully request the Court to "so order" a subpoena (attached hereto) for the deposition testimony of a nonparty prisoner, Mark Mazer, as advised by the prison.

Since our joint request, we have been working diligently to schedule depositions and complete written discovery. Plaintiff has responded to the supplemental discovery requests referenced in our prior letter-motion, and Defendant is nearing the completion of document review for production. In the event that Your Honor grants the parties' request to extend the fact discovery deadline, the parties have already agreed to a schedule for the six remaining depositions, as follows:

1. November 12, 2018: Rekha Basu
2. November 19, 2018: Mark Mazer
3. November 27, 2018: Sanjay Arya
4. December 14, 2018: Howard Cohen
5. December 19, 2018: Tom Roach
6. December 21, 2018: Plaintiff Vinod Khurana

In addition, Plaintiff respectfully requests that Your Honor "so order" the attached subpoena for the deposition testimony of Mark Mazer. Mr. Mazer was a senior manager of the CityTime project for which Plaintiff was a consultant. Plaintiff believes that given the nature of Mr. Mazer's role and



November 2, 2018
Page 2

documents produced during discovery, Mr. Mazer has knowledge concerning the decision to terminate Plaintiff. Therefore, Plaintiff believes that Mr. Mazer has personal knowledge of relevant facts concerning Plaintiff's retaliation claim.

However, Mr. Mazer is currently in prison for his involvement in the CityTime fraud. The prison's counsel advised Plaintiff's counsel that best practice is for the court to "so order" the subpoena. If Your Honor were to grant this request, Plaintiff's counsel would promptly send the subpoena and all other necessary documents to the prison so that arrangements for the deposition could be made by November 19. If Your Honor has any questions regarding this request, the parties will make themselves available at Your Honor's convenience.

As the parties advised Your Honor in our original letter-motion, the current end date for discovery is November 13, 2018. The requested extension to January 14, 2019 should suffice to permit the parties to complete all outstanding fact discovery and depositions in this matter without requiring an additional extension. There have been no prior requests for an adjournment or extension.

The parties currently have a pretrial conference on November 19, 2018. We request an adjournment of this conference if the request to extend discovery is granted.

We thank the Court for its consideration of this renewed request.

Very truly yours,

SEYFARTH SHAW LLP

/s/ Howard Wexler

Howard Wexler

Attachment
cc: Christopher Robertson, Esq.
Lisa Savadjian, Esq.
David E. Kovel, Esq.
Seth M. Shapiro, Esq.

```
Both parties consenting, Defendant's request to extend the
discovery deadline and adjourn the pre-trial conference is granted.
Accordingly, the new discovery deadline is January 14, 2019, and
the pre-trial conference is adjourned until January 23, 2019 at
11:00 a.m.  The Clerk of Court is instructed to close the motions
docketed at ECF Nos. 114 and 115.

SO ORDERED.
New York, New York
November 14, 2018
```

John F. Keenan
United States District Judge

51737054v.1