UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
THE STATE OF NEW YORK EX REL    :
VINOD KHURANA and THE CITY OF   :
NEW YORK EX REL VINOD KHURANA,  :
                                :
              Plaintiffs,       :    No. 15 Civ. 6605 (JFK)
                                :         **ORDER**
     -against-                  :
                                :
SPHERION CORP. (N/K/A SFN       :
GROUP, INC.),                   :
                                :
              Defendant.        :
------------------------------- X



**John F. Keenan, United States District Judge:**

Having reviewed the letter submissions from both parties, the Court grants Plaintiff's request to move for leave to file a "second" Third Amended Complaint. Accordingly, Plaintiff must file his motion for leave to amend by February 8, 2019. Defendant's opposition is due on February 21, 2019, and Plaintiff's reply is due on February 28, 2019.

**SO ORDERED.**

Dated:   New York, New York
         January 31, 2019

                                     John F. Keenan
                                United States District Judge