USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

The State of New York

                                Plaintiff(s)

                  -vs-

Spherion Corp.

                                Defendant(s)

------------------------------------x

15 CIV. 6605

Notice of a Pretrial Conference

       Counsel are directed to appear in Courtroom 20-C on April 18, 2019 at 11 a.m., for a pretrial conference, for the purpose of discussing the status of this case. Please notify your adversary as to the date of this conference.

       This conference will not be adjourned except by order of the Court.

SO ORDERED.

DATED: NEW YORK, NEW YORK
4-1-19

_John F. Keenan_
JOHN F. KEENAN
U.S.D.J.