UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STATE OF NEW YORK *EX REL* VINOD KHURANA and THE CITY OF NEW YORK *EX REL* VINOD KHURANA,<br><br>                  Plaintiffs,<br>                     v.<br>SPHERION CORP. (N/K/A SFN GROUP, INC.),<br>                  Defendant. | Case No. 15-cv-06605-JFK<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Andrew M. McNeela, an attorney in good standing admitted to practice before this Court, hereby respectfully enters his appearance as counsel of record on behalf of Plaintiff-Relator Vinod Khurana in the above-captioned proceeding.

Please take further notice that pleadings, correspondence, and other papers relating to this proceeding should be served upon him as counsel for Plaintiff-Relator Vinod Khurana.

Dated: New York, New York
       April 8, 2019

                                            By: */s/ Andrew M. McNeela*
                                                 Andrew M. McNeela
                                                 **KIRBY McINERNEY**
                                                 825 Third Avenue, 16th Floor
                                                 New York, NY 10022
                                                 Tel: (212) 371-6600
                                                 Fax: (212) 862-2540
                                                 amcneela@kmllp.com

                                                 *Counsel for Vinod Khurana*

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the foregoing Notice of Appearance has been filed electronically and made available for viewing through and downloading from the Court's Electronic Case Filing System.

Dated: New York, New York
April 8, 2019

                                                      */s/ Andrew M. McNeela*