UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STATE OF NEW YORK *EX REL* VINOD KHURANA and THE CITY OF NEW YORK *EX REL* VINOD KHURANA,<br><br>               Plaintiffs,<br><br>    v.<br><br>SPHERION CORP. (N/K/A SFN GROUP, INC.),<br><br>               Defendant. | Case No. 15-cv-06605-JFK |

**NOTICE OF CHANGE OF LAW FIRM ADDRESS**

PLEASE TAKE NOTICE that Kirby McInerney LLP has relocated its New York office as of Friday, April 19, 2019.  The new address is:

Kirby McInerney LLP
250 Park Avenue, Suite 820
New York, NY 10177

Additionally, our fax number has changed to (212) 699-1194.  The telephone numbers and email addresses remain the same.

Dated: New York, New York
April 29, 2019

By: /s/ David E. Kovel
    David E. Kovel
    Andrew M. McNeela
    David A. Bishop
    Seth M. Shapiro
    **KIRBY McINERNEY LLP**
    250 Park Avenue, Suite 820
    New York, NY 10177
    Tel: (212) 371-6600
    Fax: (212) 699-1194
    dkovel@kmllp.com

    *Counsel for Plaintiff-Relator*