UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
THE STATE OF NEW YORK EX REL       :   Civil Action No. 1:15-cv-06605-JFK-OTW
VINOD KHURANA and THE CITY OF      :
NEW YORK EX REL VINOD KHURANA,     :   **[PROPOSED] REVISED**
                                   :   **SCHEDULING ORDER FOR**
            Plaintiffs,            :   **REMAINING SUMMARY**
   -against-                       :   **JUDGMENT BRIEFING**
                                   :
SPHERION CORP. (N/K/A SFN          :
GROUP, INC.),                      :
                                   :
            Defendant.             X
-------------------------------------------------------

    Upon joint application of the parties, the following Revised Scheduling Order for Remaining Summary Judgment Briefing is hereby adopted by the Court:

    Oppositions to the parties' respective summary judgment motions to be filed on or before July 12, 2019 (prior deadline was June 7, 2019); and

    Replies in further support of respective summary judgment motions to be filed on or before July 26, 2019 (prior deadline was June 21, 2019).

SO ORDERED.

Date: May 28, 2018
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-19

_____
JOHN F. KEENAN, SENIOR U.S. DISTRICT JUDGE

57095147v.1