UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
THE STATE OF NEW YORK <u>EX REL</u> :
VINOD KHURANA and THE CITY OF : Civil Action No. 1:15-cv-06605-JFK-OTW
NEW YORK <u>EX REL</u> VINOD KHURANA, :
 :
 :
 :
 Plaintiffs, : **<u>DECLARATION OF</u>**
 : **<u>CHRISTOPHER F. ROBERTSON, ESQ.</u>**
 -against- : **<u>IN OPPOSITION TO PLAINTIFF'S</u>**
 : **<u>MOTION FOR PARTIAL SUMMARY</u>**
SPHERION CORP. (N/K/A SFN : **<u>JUDGMENT</u>**
GROUP, INC.), :
 X
 Defendant.

---------------------------------------------------------

    CHRISTOPHER F. ROBERTSON, an attorney duly admitted to practice law in the State of New York, under penalty of perjury, hereby declares:

    1.    I am a member of the Bar of this Court and a member of the law firm of Seyfarth Shaw LLP, attorneys for Defendant Spherion Corp. (n/k/a SFN Group, LLC) ("Spherion") in the above-captioned case. I submit this Declaration in Opposition to Plaintiff's Motion for Partial Summary Judgment.

    2.    True and correct copies of the following exhibits supportive of Spherion's Opposition to Plaintiff's Motion for Partial Summary Judgment are annexed hereto:

| **Exhibit** | **Description** |
|---|---|
| 1. | Supplemental relevant transcript pages from the deposition of Plaintiff Vinod Khurana, taken on January 8, 2019, referred to as "Pl. Tr." |
| 2. | Supplemental relevant transcript pages from the deposition of Howard Cohen, taken on December 14, 2018, referred to as "Cohen Tr." |
| 3. | Supplemental relevant transcript pages from the deposition Sanjay Arya, taken on November 27, 2018, referred to as "Arya Tr." |

| | |
|---|---|
| 4. | Supplemental relevant transcript pages from the deposition of Lakshmanarekha ("Rekha") Basu, taken on November 12, 2018, referred to as "Basu Tr." |
| 5. | Supplemental relevant transcript pages from the deposition of Thomas Roach, taken on December 20, 2018, referred to as "Roach Tr." |

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Dated: July 12, 2019            SEYFARTH SHAW LLP

By: */s/ Christopher F. Robertson*
    Christopher F. Robertson (CR2109)
    620 Eighth Avenue
    New York, New York 10018
    Tel: (212) 218-5500
    Fax: (212) 218-5526

    *Attorneys for Defendant Spherion Corp.*
    (*n/k/a SFN Group, Inc.*)