UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

THE STATE OF NEW YORK EX REL
VINOD KHURANA and THE CITY
OF NEW YORK EX REL VINOD KHURANA,

Plaintiffs,

v.

Case No.
15-CIV-06605-JFK

SPHERION CORP.
(n/k/a SFN GROUP, INC.),

Defendant.

---------------------------------------

VIDEO-RECORDED DEPOSITION OF LAKSHMANAREKHA BASU, a Witness herein, taken by Defendant, pursuant to Subpeona, at the offices of Bartlett LLP, 170 Old Country Road, Mineola, New York, on Monday, November 12, 2018, at 9:23 a.m., before Debra Stevens, a Certified Realtime and Registered Professional Reporter and Notary Public within and for the State of New York.

L. Basu

A. We were on the same QA team, yes.

Q. So what was your understanding of his qualifications?

A. Of CityTime?

Q. What were his qualifications to do the work he did?

A. That question, to me, is like -- it's too broad because CityTime is an application and if you are asking what is his qualification on CityTime, it depends on how many years he has spent on the application, which I do not know.

Q. You don't have any sense of what kind of quality of a worker he was?

A. Oh, okay. So, how much -- how good quality testing can he do?

Q. Yes.

A. Oh, okay. I think he is pretty good.

Q. Better than you?

A. I do not know. I do not remember.

Q. Did he ever tell you he was

like that.

Q. Do you have any memory of telling Mr. Mazer that Mr. Berger -- sorry. Withdraw the question.

Did you ever have a conversation with Mr. Mazer that Mr. Khurana wasn't doing a good job?

A. I never talked to Mazer, Mark Mazer.

Q. Were you ever frustrated with Mr. Khurana for not coming in on time?

A. No.

Q. Are you sure?

A. I don't remember anything like that.

Q. Was it your understanding that Mahesh was unhappy with Mr. Khurana for not coming in on time?

A. I don't remember anything like that.

Q. Did some people work overtime on the CityTime project?

A. Most of us were required to do overtime to finish the releases. That's

L. Basu

Q. Would it have been bothered you?

A. If I have to come in early but other people are coming late, if it would bother me?

Q. No, that is not the question. The question is, if someone worked very late on overtime the night before and they came in a little late, would that be a problem?

A. No.

Q. Were people fired for being late?

A. I don't know.

Q. Do you have any recollection of someone being fired for being late?

A. In any of my jobs?

Q. No. In the CityTime project.

A. I don't know.

Q. Do you have any recollection of Mr. Khurana being fired for being late?

A. No.

Q. Was it your understanding that Mr. Khurana was a hard worker?

A. He was a good guy. That's how I

L. Basu

Q. So you don't recall Goldman Sachs or someone from Goldman Sachs ever reaching out to you?

A. No.

MR. WEXLER: Nothing further.

MR. KOVEL: I think we are done. Thank you.

THE VIDEOGRAPHER: This is the end of today's deposition. The time is 11:24. We are off the record.

[TIME NOTED: 11:24 a.m.]

____________________________
LAKSHMANAREKHA BASU

________________________
Subscribed and sworn to
Before me this _________
Day of ________________, 2018.

_______________________
Notary Public

CERTIFICATION

I, DEBRA STEVENS, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 20th day of November, 2018.

Debra Stevens
_______________________
DEBRA STEVENS, RPR-CRR

* * *

**A**

**a.m** 1:19 4:7 41:2 71:6,14 72:24 92:12
**a/k/a** 84:11
**ability** 47:19
**acceptable** 36:22
**access** 30:21 32:4,5
**account** 80:9 81:12
**action** 20:5 53:24 54:2 93:14
**actual** 53:16
**added** 77:20
**address** 5:18,22 85:14 86:18
**addresses** 15:18
**admin** 24:8 60:7,18
**advice** 90:10
**advising** 90:3
**ago** 17:13 23:20
**agree** 54:10
**amount** 75:5
**analyst** 11:17,18,19 11:20 12:2,15 13:3 13:19,24,25 14:3 37:19 55:15 76:15 79:5
**answer** 6:17 27:10 49:4
**answered** 23:13
**answering** 7:2
**anybody** 17:5,16 18:15 23:23 57:14 61:15,19 76:11
**apologies** 6:13
**apologize** 87:20
**application** 11:6,21 19:18,19,25 20:3,4 20:16,19,25 32:20 32:20 34:14 35:23 36:7,19 37:8,10 38:11,12 39:8,10,24 43:17 45:22 46:11 46:14 50:24 51:5 53:16,22 54:23 68:5 77:21 78:12 80:9,22 81:21
**application's** 81:13
**applications** 7:17 8:10,14 10:9 61:13 61:16
**approved** 36:2
**area** 50:9
**article** 30:14 56:24
**articles** 84:4
**Arya** 42:9 43:10
**asked** 11:6 16:8,10 16:12 17:5,11,13,23 23:10,15 52:2 83:25 84:10 86:5
**asking** 15:22 16:17 46:11 74:11,18 82:17 90:14
**assessment** 54:10
**assigned** 36:6 61:8
**assignment** 72:6
**associate** 5:3
**assume** 63:16 78:14
**attempt** 73:2
**attended** 10:25
**attorney** 82:11 86:14
**Attorneys** 2:3,10
**audit** 15:15
**Audrey** 24:22,23,25 25:2 26:20,21 27:5 27:11 37:11 47:13 47:18,22,23 48:16 57:19 58:7,12
**automation** 33:23 34:4,8,24 35:6,11 35:14 38:6 64:6,12 65:21 73:12 76:11 76:17 79:10
**available** 24:8
**Avenue** 2:4
**aware** 4:18

**B**

**B** 3:9
**baby** 70:6
**Bachelor's** 7:16
**back** 7:9 12:13 25:15 32:15 55:9 62:2 75:11,23 86:19 87:5 89:17
**background** 7:12,14
**bad** 23:4 47:8,13 55:2 55:13 66:21 78:19 78:23 89:7
**bag** 85:11
**Bartlett** 1:17 4:9
**basically** 15:10
**basis** 21:7
**Basu** 1:15 3:3,10 4:17 5:1,8,15,17 6:1 7:1 7:11 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1,18 24:1 25:1 26:1,7 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 40:8,9,10 41:1 42:1 42:3 43:1,21 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 52:12 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 62:6,13,15 63:1 64:1,16,18,19,25 65:1 66:1 67:1 68:1 69:1 70:1,23,24,25 71:1,4,18 72:1,13 73:1 74:1 75:1 76:1 76:2 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 87:12,15 88:1 89:1 89:19 90:1 91:1 92:1,14 94:4,20
**Bates** 3:13,14,16 40:14 62:17 64:21 71:3 87:19
**beginning** 62:4
**behalf** 4:24 5:5
**behavior** 19:20
**believe** 84:24 88:10 88:21,24
**bell** 53:25
**Berger** 25:17 26:21 27:5,12 29:21 33:12 34:24 57:22,25 58:3 58:8 62:24 63:10 64:23 65:4 66:23 67:4 80:10,23 81:14
**best** 20:14 83:15
**better** 9:19 28:18,20 46:22 47:2,5 90:3
**bills** 28:21 61:2
**bit** 6:5 7:12 27:17 30:5 87:16
**blood** 93:14
**boss** 21:23 23:3 25:20 25:21
**Boston** 2:12
**bother** 69:5
**bothered** 69:2
**bottom** 42:7 43:9,20 71:5
**bought** 48:4 58:22
**break** 44:9,11 61:21 62:7 75:18
**brief** 7:13 75:17
**briefly** 82:10 91:11
**bring** 68:4
**broad** 46:10
**brought** 6:2
**bug** 38:14 40:4 51:3,6 51:9,10,17,19,22 54:12,18 73:17,19
**bugs** 65:25
**bunch** 15:18 18:16
**busy** 85:23
**button** 76:25 77:10
**buy** 48:4

**C**

**C** 2:2
**C-R-I-S-T-I** 49:24
**call** 20:7 22:16 49:21 60:25 86:17 90:18
**called** 16:3,24 17:2,2 17:3,11,12,23,24 18:18 19:11,13 23:12,14 24:17 50:9 84:9 90:11
**caption** 4:11
**care** 15:9

**case** 1:8 4:11,14 5:25 15:17,22 18:8,12 34:8,9 36:13 38:20 73:15,16 91:8 94:3
**cases** 34:3 37:23 64:15 65:21,23 73:15 76:16 79:12
**cause** 75:7
**cc** 41:22,23 42:17
**cc'd** 71:9 72:4,17 73:6
**certain** 88:23
**CERTIFICATION** 93:2
**Certified** 1:20
**certify** 93:6,12
**chain** 3:11
**chance** 63:2 64:25 65:6 85:21
**CHANGE** 94:5
**charge** 81:23
**check** 60:11 73:16
**checking** 34:13,16
**chose** 70:7,8
**Chris** 2:17 4:4
**chronological** 13:6 40:23
**city** 1:5 4:12 30:10 32:19
**CityTime** 12:9,17,22 13:2,15,16,21,22 14:20,23 16:23 20:11,13 21:12,21 21:22 23:3 25:3,10 27:8,17 29:12 30:14 30:20,24,25 31:5,11 31:16 32:14,20 33:5 33:24 34:19 35:15 35:22,23 38:14 39:18 45:5,18,19,21 46:6,10,12 47:7 48:3,19,22,24 49:2 49:13,14 50:10,15 50:19 52:21 56:7,13 59:11,14,25 61:7 64:8 67:23 69:18 70:3 74:11 75:5 76:7,10 77:14 78:9 78:20 79:7 80:9 81:13 82:13,20 83:2 85:25 86:22 91:23
**clear** 87:25
**close** 58:12,15
**closely** 25:7 45:24
**closer** 70:5
**coding** 37:12,17 90:11
**Cohen** 62:23 63:5,16
**college** 39:12
**Comcast.com** 88:9
**come** 9:15,18,21,22 55:9 65:7 68:14,16 68:24 69:3 73:25,25 74:15
**comes** 36:19
**comfortable** 77:7,9
**coming** 16:7 58:6 67:12,19 69:4 72:23 74:12 75:15
**COMMISSION** 94:25
**communicate** 22:19
**communication** 86:23
**company** 11:17 19:11 19:13 24:4 30:9,19 84:12
**complained** 72:8 73:10
**completed** 36:11,15
**computer** 7:15,17,18 8:10,13,14 16:11
**computers** 30:22
**confused** 31:5
**congratulations** 6:14
**connection** 53:7
**consider** 48:25
**consultant** 19:10 30:24
**consulting** 11:22
**contact** 60:6 83:22 91:18
**contacted** 23:9 85:18 86:9 91:21
**contents** 62:20
**continued** 14:8
**contract** 13:13 91:20
**conversation** 17:8 67:6
**conversations** 4:20 47:7 66:17
**convert** 65:24
**converting** 34:3 65:21 76:16
**copies** 86:5,6
**Corp** 1:10 4:14 5:6
**correct** 6:2 12:23 14:10 15:3,4 33:6,7 33:10,11,13 45:25 50:20 53:17 62:8 71:10 81:24 83:12 84:25 87:6
**correctly** 6:24
**corresponding** 57:8
**counsel** 4:21
**Country** 1:18 4:10
**couple** 16:21
**course** 77:13 78:7
**COURT** 1:2
**created** 51:22
**creates** 65:9 66:13
**creating** 37:2 51:17 51:19 66:6
**cried** 47:23
**Cristi** 49:24 50:4
**criticism** 49:2,16,22 52:3
**criticize** 48:18,21,23
**criticized** 47:19,22 78:18
**criticizing** 78:23
**cry** 47:18
**cut** 65:9 66:12,15
**cutting** 66:10,11
**cycle** 51:14

**D**

**DA** 13:12,13,14,17 13:20 14:9,12,13,16 14:16,19 15:14,23 17:2,6,13,15 18:13 19:2,4,6 23:22,24 23:25 24:2,9,16 25:4 28:24 30:16 60:4,6,7,8,19,24 85:25 86:2
**data** 34:7,18,19,22 37:22 52:21,24 53:3 53:4,5,7,21,23 73:14 79:12
**database** 43:18
**date** 4:6 14:25 64:3 84:23 94:3
**dated** 62:21 64:22 87:22
**dates** 10:13 11:3 12:3 14:18 29:16
**daughter** 5:23 15:9 18:3 85:11
**David** 2:6 4:23 85:20
**day** 74:14 82:22 85:20 92:18 93:18 94:22
**day-to-day** 21:7
**days** 16:12 85:24
**Debra** 1:20 93:4,22
**December** 62:22 64:3 64:22
**defects** 40:3 80:9,22 81:13,17 82:2
**Defendant** 1:11,16 2:10 5:6
**degree** 7:16,25
**degrees** 8:25 9:4,13 9:14
**deliver** 51:11
**depends** 46:12 77:6
**deposition** 1:14 4:8 5:25 6:9,10 8:4 15:6 16:3,7,20 17:22 22:16 23:18,20 30:8 56:24 57:2 84:23 85:16 92:10 94:3
**DESCRIPTION** 3:10
**designed** 35:21 49:19
**desk** 58:17
**details** 45:7,9,10,13
**develop** 35:19 36:6
**developed** 77:12

**development** 38:24
  39:11 43:13,16 45:3
  49:17 50:23 51:8,8
  51:13 53:16 54:6,22
  61:17,18
**different** 29:15 59:4
  84:12
**Dimitri** 24:6 60:18
**Dimitri's** 24:10
**diploma** 7:17 8:2,10
  8:13 9:6,6,7,8,9
**direction** 65:8,14,18
  65:23
**directly** 16:13,18
**discussed** 9:10
**discussing** 51:18,20
  51:23
**Discussion** 7:4
**disk** 62:4
**disloyal** 70:13
**DISTRICT** 1:2,3
**dkovel@kmllp.com**
  2:6
**document** 62:15
**documents** 16:9,17
**doing** 11:24 19:11
  22:22 45:21 47:10
  47:15 52:5 53:15,22
  54:11,13 66:3,18,24
  67:8 70:16,18,19
**Drive** 5:21
**duly** 5:9 93:8

**E**

**E** 2:2,2,6 3:2,9
**e-mailed** 15:20
**early** 69:3
**East** 2:11
**educational** 7:14 9:4
**Edwin** 42:9 43:10
**email** 3:11,13,14
  15:18 24:8 26:12
  40:11,22,23,25
  41:18,25 42:5 43:8
  44:12 48:25 49:7,11
  50:8,18 51:2,3,16
  51:18,20,24 52:11
  52:13 54:16 62:16

62:16 63:12 64:20
  70:21 71:4 72:4,12
  74:22 83:4,8,21
  85:5,14,25 86:18
  87:22 88:7,15,25
  89:4,21 90:2 91:4,5
  91:15
**emailed** 16:2
**emails** 3:16,17 18:20
  29:21 40:11 71:2
  84:25 87:17
**employee** 14:11
**employer** 14:14 56:9
  60:10,25
**ended** 15:2
**enhanced** 77:22
**enter** 53:9
**entire** 40:16 49:14
  78:8
**ERRATA** 94:2
**errors** 36:17 37:3,9
  37:10 38:16,17
  39:14,19
**ESQ** 2:6,7,13
**ex** 1:5,6 4:12,13 84:8
  84:9
**exactly** 10:10 11:23
**EXAMINATION**
  5:11 82:8 87:13
  91:13
**examined** 5:10
**example** 20:2 52:4
  75:11
**exchange** 49:8
**execute** 27:23
**executing** 64:14
  65:20
**exhibit** 3:11,13,14,16
  3:17 40:6,8,10 42:3
  49:25 62:13 64:18
  70:23 87:12
**EXHIBITS** 3:10
**expectation** 51:7
**expected** 86:16
**expecting** 86:16
**EXPIRES** 94:25
**explain** 19:17 23:17

27:16 32:17 34:5
**explained** 75:13 84:9
  84:11
**expressing** 39:13,17

**F**

**failed** 73:16
**failing** 38:20
**fails** 73:15
**failure** 78:4,7,11
**fair** 49:9 75:5
**fairly** 11:11
**far** 24:13 58:16
**Farhana** 41:9 52:13
  52:20 53:24
**fast** 59:21
**fault** 38:21 39:7,9,11
**fax** 17:4
**feature** 45:5 49:13,20
  73:8,20 77:20
**feed** 34:7
**feel** 47:4,8,13 89:7
**figure** 13:5
**filling** 90:15
**find** 15:22 38:15 40:3
  51:4 85:4 86:3
**Fine** 7:3
**finish** 8:4 67:25 68:6
**finished** 8:8
**fire** 74:17
**fired** 69:12,16,21
  73:23 74:8 75:7
**firm** 11:22,24
**first** 5:9,15 6:10,11
  9:25 40:21,24 41:4
  42:2,7 43:20 49:12
  49:25 50:2 51:25
  52:11 71:4 78:14
  85:7,15 87:17,18
  89:6
**five** 87:17,18
**fix** 38:10 50:25 51:11
**fixed** 73:19
**fixing** 75:14
**follow** 21:9 44:5
  71:13
**follows** 5:10
**forgot** 29:18 79:23

81:11
**form** 20:5,7 89:24
**forth** 93:8
**found** 16:8 23:11
  83:8 86:8
**four** 20:21 21:10
  27:24 31:11 40:12
  84:25
**fourth** 40:13
**framework** 35:10,11
  35:13,18,22 36:3,6
  36:7,11,14,16 37:12
  39:15,20
**fraud** 30:10,11,15
  32:19 59:24 84:2
**fraudulent** 60:4
**frequency** 22:20
**Friday** 88:3 90:22
**friend's** 5:22
**friends** 16:21
**frustrated** 67:11
**frustrating** 39:16
**frustration** 39:14,18
**further** 85:22 87:8
  92:6 93:12
**future** 89:8,10 90:3
**FYI** 54:7

**G**

**gathered** 6:3
**general** 38:18 83:2
**generally** 54:25
**generate** 77:11
**generates** 77:2
**generating** 36:17
  37:9 39:15,20
**getting** 80:15 83:4
  86:24
**give** 20:2 30:21 40:20
  51:7 55:13,16 60:23
  65:6 88:14
**given** 57:2 93:10
**gives** 27:22
**giving** 45:6 90:9
**Global** 19:12
**go** 7:11 13:12,15 31:8
  32:10 39:25 51:12
  59:3 81:19 89:12

**goes** 40:13,15,22
**going** 17:4 18:6 28:12 48:5,6 51:3 59:24 60:4,24 65:13 71:15 74:24 75:11 86:6
**Goldman** 91:16 92:2 92:3
**good** 4:2 5:13 22:25 23:5 26:3 28:9,15 46:18,21 54:15,20 54:21,24 66:19,24 67:8 69:25 78:12,13 78:16,17 90:7
**goodbye** 89:23
**Google** 84:14
**Group** 1:10 84:11
**guess** 64:2 90:14
**guessing** 48:8
**guy** 38:9 69:25 79:10 79:16 90:7
**guy's** 77:16

**H**

**H** 3:9
**half** 71:15
**hand** 93:18
**handbag** 85:12
**happen** 38:22
**happened** 30:3 83:10 89:9
**hard** 69:24 86:4,6
**Harry** 29:19 81:9,11
**Hassan** 41:7,8,16 52:9,18 53:12
**HCL** 10:3,4 11:9,14 11:16 12:6,10,19,21 12:25 13:11,18,18 14:8,8,10,11,12,13 14:16 17:3 28:6,10 28:16,24 60:9,20
**heading** 34:24
**hear** 86:19
**heard** 30:7,7 52:19 52:20,23 87:5
**held** 4:8 7:4
**help** 18:16 90:15,19
**helpful** 50:14,19
**hereunto** 93:17
**Hey** 48:6 74:15
**high** 78:3,7
**higher** 9:3
**hired** 14:9 37:22
**Hisham** 41:6,8,16 52:9,19 53:12 54:7
**hit** 76:25 77:10
**Hmm** 74:6
**home** 22:9 70:5
**hour** 62:10 71:16 72:21
**hours** 72:20
**house** 5:22 85:8
**Howard** 2:13 5:4 62:23 63:5 82:10
**husband** 9:22
**hwexler@seyfarth....** 2:14
**Hyderebad** 8:21

**I**

**ID** 54:2
**idea** 32:13
**identification** 40:7 62:12 64:17 70:22 87:11
**immediately** 63:17
**improvement** 50:10
**India** 7:20 8:22,23 9:10,11
**information** 15:13,17 18:14 44:5 55:12 72:25 83:6 85:22
**intended** 50:18
**interact** 39:21
**interaction** 22:13
**interested** 93:15
**interview** 91:16
**introduce** 4:22 40:5
**involved** 16:22 55:4
**Island** 22:6
**issue** 51:4,16 54:23
**issues** 38:11,13 52:3 70:17

**J**

**January** 71:21
**Jericho** 5:21
**JK** 19:13
**job** 9:21,23,25 10:7 11:14 13:23 14:3,5 19:11 28:9,15,21,22 37:7,18 49:20,22 50:22 52:3,5 54:12 54:13,15,20,21,24 55:15 65:20 66:19 66:24 67:8 70:17,17 70:18 76:16 80:8 82:13,20
**jobs** 19:14 28:18 69:17
**join** 48:7
**joined** 11:16 21:20 36:12 38:7 71:23 77:15,25 79:9,13,23 81:7
**joining** 5:2
**June** 87:23 88:8 89:2

**K**

**keep** 72:21
**Khurana** 1:5,6 4:12 4:13 6:2,6 25:9 41:20 42:8 43:9 45:17 48:2,10,18 52:5 54:11 56:6,13 57:12,17,20,24 58:2 58:4 59:6,9 61:4 63:12,21 64:5 65:17 66:3,6,18,23 67:7 67:12,18 69:21,24 70:12 71:9 72:16 73:22 74:19 75:4 77:25 78:22 82:12 87:24 88:16 89:21 91:15,24
**Khurana's** 44:12
**Khurana2** 88:8
**kind** 20:10 21:6 46:16
**KIRBY** 2:3
**knew** 31:22 32:8 33:8 33:12
**know** 6:5 15:22 17:15 17:16 18:8 19:2,5,7 22:22,24 24:2,6,18 24:23 25:6,17 27:3 28:16,20 29:6,10,11 29:13 30:3,18 31:6 31:6,7,15,17,19,20 31:21,21 32:2,6,15 32:23 35:2,7,18,21 35:25 36:2,4,5,9,10 36:12,14,18 37:4,6 37:21 41:14,16 42:11,13,14 43:7 44:18 45:20 46:14 46:23 50:4,6,22 52:16 53:18 54:20 54:22 55:7 56:6,10 56:12,15,17 58:11 61:5,9,12 63:5,8,24 64:10 65:22 69:14 69:19 70:9 71:17,19 73:5,24 74:2,14,16 76:2 78:17 79:6,21 80:4,25 82:21 83:13 85:8 89:7,9
**knowing** 75:3
**known** 12:16,22
**knows** 17:5 23:21,22
**Kovel** 2:6 3:4,5 4:23 4:23 5:12 7:6 40:5 49:9 61:20 62:5 64:16,19 70:20 75:17,25 82:6 85:20 87:9,14 89:12 92:7

**L**

**L** 3:3 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1

65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1
**Lakshmanarekha** 1:15 4:17 5:8,16 92:14 94:4,20
**Lane** 2:11
**language** 76:5 77:7
**late** 68:23,24 69:4,8,9 69:13,16,21 71:15 72:9,23 73:11,23 74:4,9,12,19 75:6 75:13,15
**lawyer** 6:12,25
**lawyers** 15:21 18:17
**lead** 22:2 71:16,18 72:2 80:2,6
**leads** 71:23
**learned** 84:2
**leave** 70:3,7,8
**leaving** 21:21 82:22 83:2,3
**left** 13:22 16:25 21:20,21 23:13 56:6 56:13,22,24 57:5,9 70:10 71:25 79:10 80:4 82:13,20 83:16 83:20 86:21 91:22
**legal** 5:25
**lengthy** 87:16
**let's** 23:25 40:5,17 52:8 64:2 70:20 72:12 78:14 89:5 91:9
**level** 45:17,23
**life** 9:19 51:13
**line** 49:12 89:6
**LinkedIn** 22:18,20 23:9 83:22 85:14,16 86:10
**Lisa** 15:20,25 16:15
**Lisa's** 18:10
**list** 81:20
**listed** 18:17
**little** 4:5 7:12 27:16 30:5 68:14,16,24 69:9 87:16
**live** 5:17,23 85:8
**lived** 22:6
**LLC** 19:12
**LLP** 1:17 2:3,10 4:9 5:5
**Load** 90:11
**locked** 88:22
**log** 38:14 40:4
**logged** 81:21
**Logic** 19:13
**logs** 30:21
**Lokhand** 52:19 53:24
**Lokhandwala** 41:10 52:13 53:13
**Lokhandwala's** 53:20
**long** 11:25 12:11 20:20 22:6
**longer** 83:5,14 89:22
**look** 22:15 38:14 40:9 40:21 41:18 52:8 62:14 63:2 64:2,25 70:24 72:12 85:6,21 86:2 88:14
**looked** 15:13,16 22:18 23:11 33:15 52:2 85:17 90:9
**looking** 18:14 43:8
**looks** 40:12 87:22,24 88:15 89:21,23 90:20
**lot** 6:4 10:22 36:17 44:16
**loud** 43:23 65:3
**loyal** 70:15,16
**Lucas** 42:9 43:11
**lunch** 47:25 48:4,5,6 48:7,12 58:20,22 59:4 71:14 72:21 88:2 90:22 91:2

**M**

**M** 2:7 3:2
**MA** 2:12
**Mahesh** 16:24 17:5,9 21:14 29:17,25 33:17,19 47:22 55:23,25 57:15 65:5 66:5,9,18 67:18 70:9 71:8,24 72:16 73:24 79:25 81:8,12
**Mahesh/Rekha** 63:17
**maintains** 43:18
**making** 81:24
**manager** 21:9 22:2 27:21 29:13 35:4 39:25 63:24 71:24 81:2,7,9,15
**manager's** 29:9,18 33:9
**managers** 21:25 29:15
**managers'** 59:22
**manual** 34:3,8,9,17
**March** 13:22 15:2
**Mark** 29:3,23 30:4 33:8 62:23 63:8 64:23 65:4,5 67:9
**marked** 40:7,10 62:12,15 64:17 70:22 87:11
**marriage** 93:14
**Martin** 2:17 4:4
**Master's** 9:6,6
**match** 19:21
**matching** 38:19
**matter** 93:16
**Mazer** 29:3,23 30:4 33:9 59:13,20 62:23 63:8 64:23 65:4 67:4,7,9,10
**Mazer's** 59:17
**McINERNEY** 2:3
**mean** 10:25 11:9 19:22 23:19 30:7 34:2,16 35:9 38:17 53:21 61:9,16 70:14 75:10 80:15 81:20
**meaning** 82:19
**means** 33:23 34:5
**meet** 57:6 82:17,19 88:2 90:21
**meeting** 47:21 50:24 57:4
**meetings** 26:11
**memory** 27:3 66:21 66:22 67:3
**mentioned** 7:24 30:14
**message** 16:25 23:13 87:4
**met** 90:25
**Michael** 50:6
**microphones** 4:18
**Microsoft** 76:5
**middle** 8:6 42:2 72:13
**Mike** 42:8 43:10
**Mineola** 1:18 4:10
**minute** 18:23 62:7
**missed** 60:14
**Mm-hmm** 90:24
**mom** 15:8,10
**moment** 89:13
**Monday** 1:19 71:5 88:7,17,22
**monitor** 4:7
**months** 17:12 23:20
**morning** 4:2 5:13 74:13 75:15 86:13
**multiple** 21:25

**N**

**N** 2:2 3:2,2
**n/k/a** 1:10
**Nagarjuna** 7:23
**name** 4:3,16 5:14,15 5:16 7:21 18:10 24:7,11,13,18 29:18 41:22,24 52:19,20 52:23 53:6,10,20,24 63:25 77:16 81:11 84:12 85:17 91:17 94:3,4
**named** 24:22 25:17 33:8 41:6,9,20 49:24 62:23
**names** 37:21 42:16

79:23
**need** 6:16,17 32:3,11 34:6 40:16,18,19 45:8 54:21 68:4,5 73:16 74:16,24 86:6 90:19
**needs** 73:18 77:21
**negative** 55:18,23 56:2 57:12,13,16,20 57:23 59:5,10
**network** 30:21 31:8 32:4,4,11
**never** 23:12 24:12 27:4,13 33:20 47:11 52:19 55:8 58:5 59:15 67:9 70:11 79:4 87:5
**new** 1:3,5,6,18,23 2:4 2:4 4:10,12,13 5:21 13:23 77:20 93:5
**night** 68:18,23 69:8 75:12
**nodding** 6:18
**Notary** 1:22 92:21 93:4 94:24
**NOTED** 92:12
**notice** 72:23
**November** 1:19 4:6 93:18
**NOVERMBER** 94:3
**number** 3:13,15,16 4:14 17:3 22:17 23:10,12 40:14 41:21 62:17 64:21 71:3 82:2 86:18
**numbers** 15:19 18:18 18:19 87:19
**NY** 94:3
**NYC_CT** 3:11,13,15 3:16 40:14 62:17 64:21 71:3

**O**

**O** 3:2
**o'clock** 75:14
**oath** 6:21
**Objection** 27:9 31:23 45:14 50:21
**office** 25:19 26:10,13 29:4,7,9 33:10,16 63:9,11 86:7
**offices** 1:17 4:9 35:3
**oh** 46:17,20 49:17 53:25 60:11,15 68:4 79:21
**okay** 5:20 6:18,19,23 18:15 43:12 44:3,8 44:24 45:3,4 46:17 46:20 51:10 72:15 74:10 75:2 83:7,15 91:6
**Old** 1:17 4:9
**once** 9:23 43:25
**open** 32:3
**opening** 51:2
**opinion** 74:12 75:8
**order** 13:6 22:16 40:23
**outcome** 93:15
**outside** 22:13 48:4
**overseeing** 66:3,4
**overtime** 67:22,25 68:7,10,14,17 69:8

**P**

**P** 2:2,2
**p.m** 62:22 71:14 72:20,24
**page** 3:3,10 40:13,24 41:4 42:2,7 43:21 43:21 49:25 50:2 51:25 62:16 64:20 71:2
**PAGE/LINE(S)/** 94:5
**pages** 40:13 87:18
**paid** 13:18 28:3,6,7 28:14,17,23 60:16 60:17,20,21
**papers** 85:9
**part** 30:23 36:25 65:6
**parties** 93:13
**Partner** 19:14
**Pause** 7:8 44:4 62:25
**pausing** 8:6
**pay** 13:17 28:5,14,21 61:2
**paycheck** 28:12
**paying** 60:9
**payroll** 28:11 60:14 68:2
**people** 35:4 36:5,19 37:21 39:13,23 41:21 42:12 48:7 52:17 53:15 59:4,19 61:6 67:22 68:13 69:4,12 79:13,13,14 79:22,24
**percent** 88:23
**perform** 20:4
**performance** 42:18 42:20,22 43:2,5 50:10
**performing** 39:8,10
**person** 21:13 24:6 41:14 52:22 54:5 55:10 77:6,7,9 79:19 83:4
**personal** 22:3 48:14 85:23
**PG** 8:13 9:6,8
**phone** 15:18 18:18,19 23:10,12,13 55:6 56:8 86:18
**pick** 4:19
**picking** 18:3
**place** 14:3 51:5
**places** 9:5
**Plaintiff/Relator** 4:24
**Plaintiffs** 1:7 2:3
**plan** 21:8,9 27:22,23 36:21
**please** 4:18,21 13:8 49:5 71:12,16 72:25 86:17
**plug** 79:11
**point** 14:8 21:24 22:2 29:16 74:11 79:19 81:7
**possible** 6:16 58:3,10 88:2 90:21
**possibly** 81:15
**post-graduate** 9:13
**preparation** 15:12
**prepare** 15:5 34:7,20 37:22
**Preparing** 34:18
**present** 2:16 4:25
**pretty** 46:20
**printout** 87:25
**priority** 51:10
**private** 4:20
**privately** 26:17
**probably** 38:15 45:15 51:22 73:8,19 79:13 84:18
**problem** 8:5 31:8 68:22 69:10 80:17 88:10
**problems** 37:9 65:9 66:6,13 80:12
**process** 51:13,14
**production** 39:9,24
**Professional** 1:21
**programs** 11:2,4
**progress** 38:7
**project** 12:16,21 14:20,20,23 20:11 20:13 27:8,18 30:12 30:20,24,25 31:5,13 31:16 32:14 33:5,23 34:25 35:11,14,22 39:19 48:19,22,24 49:2 50:15,19 55:11 56:7,14 57:5,9 58:24 59:11,14,18 59:25 61:7 67:23 69:18 70:4,13,15 72:6 76:10 77:14 78:20 83:5,14,17,20 86:22 88:18 89:22 91:23
**project-related** 83:6
**provide** 7:13 80:8 81:12,16
**providing** 80:21
**Public** 1:22 92:21 93:4 94:24
**pursuant** 1:16

**put** 11:5 53:19,20
  73:14

**Q**

**QA** 11:19,20,25
  12:15 13:2,19,24,25
  14:3 19:11,14,15,17
  19:18 21:8 39:5,9
  39:10,25 42:24 46:2
  49:20 51:11 61:9
  64:14 76:15 79:5
  81:2,15
**QA's** 49:22 50:22
  52:3 54:12 70:17
**QTP** 64:9,11,13,15
  65:6 76:8,22,24
  77:3,25 78:24
**qualification** 46:12
**qualifications** 46:5,7
**qualified** 61:7
**quality** 46:16,18 47:9
  47:14
**question** 7:3 8:5,6
  13:4 27:10 35:8
  46:9 50:3,17 66:16
  67:5 69:6,7 74:25
  91:12
**questions** 6:17 7:2
  18:9 40:18 44:6
  54:8
**quickly** 6:16

**R**

**R** 2:2
**Rabinovich** 42:8
  43:10 50:6
**raise** 73:19
**raising** 52:3 54:12
  70:17 73:17
**ran** 29:12
**randomly** 84:15
**rate** 77:23 78:3,7
**reach** 15:14 16:12
  87:3
**reaching** 86:24 92:4
**read** 30:5 32:16,21
  40:16,18,19 43:19
  43:22,24 49:3 56:23

  62:20 65:3 84:3,5
  84:15 87:21 88:24
  89:4
**really** 18:9 26:6 27:7
  45:22 60:12 74:2
**Realtime** 1:20
**reason** 70:11 94:5
**recall** 84:4,16,19 92:2
**receipt** 83:7
**Recess** 61:25 75:22
  89:16
**recollection** 21:4
  63:21 64:4 65:17
  69:15,20 72:8 73:10
  83:3,16 87:10
**record** 4:3,22 5:14
  7:5,6,10 49:6 61:24
  62:3,21 64:19 70:25
  75:21,24 77:8,10
  89:13,15,18 90:6
  91:10 92:11 93:10
**recorded** 80:16
**recording** 77:9
**records** 76:25
**refer** 12:19 49:10
**reference** 91:18,23
**referred** 79:7,14,25
  80:5
**referring** 9:9 12:16
  14:2
**refresh** 63:20 65:16
  72:7 73:9 87:10
**regards** 89:8
**Registered** 1:21
**Rekha** 23:17
**Rekha's** 65:8,22
**rel** 1:5,6 4:12,13 84:8
  84:9
**related** 5:25 19:4,6
  30:12,16 93:13
**relationship** 21:17
  22:4 23:2 26:3
**relative** 13:20
**release** 68:6
**releases** 67:25
**relevant** 87:19
**remember** 6:7,20,23

  10:10,13,14,16,21
  11:2,15,23 12:3,8
  13:7,9 14:18,22,25
  16:16 17:20 18:23
  20:15,16,18,24
  21:21 22:5,14 23:4
  23:5,6,8 24:7,10,14
  24:15,24 25:19 26:2
  26:5,6,15 27:11
  28:8 29:16,20,22,24
  30:2 31:14 33:14,15
  33:17,20 34:21
  35:17,20 37:13,14
  37:25 38:3,8,8,15
  41:13,15 42:16
  45:11 46:24 47:6,16
  47:20,21,24 48:20
  48:24 50:5,7 52:18
  52:22 53:6,11 54:4
  54:5 55:2 56:3,5,19
  56:21,22 57:4,7,8
  57:10,11,13,15,18
  57:19,21,22,25
  58:14,16 59:2,7,9
  59:12,19,21 60:22
  61:3,15,19 66:7,25
  67:15,20 68:2,15,19
  68:25 70:2 71:25
  72:3,10 76:19,20
  77:15 78:2,5,6,10
  78:18,21,22,25 79:2
  80:7,11,12,17,20,21
  81:6 82:3,5,15,18
  82:25 83:10,13,19
  83:24 84:6 85:2,13
  85:21 87:2 90:25
  91:3,4,5
**remembers** 23:16
**rephrase** 66:16
**replaced** 61:3
**report** 20:8 25:25
  40:4 63:21 65:25
  66:5,9
**reported** 33:18,19
**Reporter** 1:21
**reporting** 4:5 19:19
  33:21 51:16 63:17

**represent** 88:20
**representing** 18:25
**reputation** 59:17
**required** 67:24
**requirement** 19:21
  19:23,24 20:3,8
  38:19 50:25
**requirements** 27:21
**respect** 83:11
**responded** 90:20
**response** 49:23 74:22
  88:6
**responses** 62:8
**results** 80:22 84:14
**reverse** 40:22
**review** 55:14
**reviewed** 35:5 44:13
**reviewing** 89:20
**reviews** 55:16,16
**rid** 65:10 66:13
**right** 4:25 13:23
  20:22 21:15 22:7
  24:5 25:11 27:25
  32:10 40:25 42:6
  44:20 58:21,25
  61:17 78:14 79:20
  85:22 91:7
**ringing** 53:25
**Road** 1:18 4:10
**role** 31:4,7,12,15,18
  32:13 33:15 66:2
**room** 4:25 29:9
**rooms** 59:22
**RPR-CRR** 93:22
**run** 34:8 37:23 65:24
  73:14 79:12
**Runner** 90:12
**running** 33:5 36:13
  38:10
**rush** 18:4

**S**

**S** 2:2 3:2,9
**S-H-A-R-A** 24:20
**Sachs** 91:17 92:3,3
**SAIC** 30:18,19 32:2
  32:10
**SAIC's** 31:12 35:6

**sales** 15:15
**Salmon** 19:12
**Sanjay** 42:8 43:10
**Savadjian** 15:21
**saw** 33:16 59:15
**saying** 12:20 31:2,25 31:25 32:25 36:24 44:22,23 51:21 52:6 57:11,16,19,23 59:10 60:20 73:25 77:18 78:11,12 83:9 89:23
**says** 43:13 51:9 53:13 54:7 60:11 63:15,16 65:4,13 66:12 71:12 72:19
**schedule** 71:13
**scheduling** 84:22
**Schoharrie** 5:20
**school** 85:11
**science** 7:15,19
**Scott** 25:17 26:21 27:4,12 29:21 33:12 34:24 57:22,25 62:23 63:10 64:22 65:4,10 80:10 81:14
**script** 34:6,10,13,15 37:20,22 38:9 47:23 73:13 76:3,8,9,18 76:21 77:2,3,4,11 77:12,21 78:10 79:11 90:11
**script-writing** 47:19
**scripting** 76:24
**scripts** 11:7 37:24 38:5 76:12 77:16,17 77:19,24 78:11,16 78:17,19,24 79:3,17 80:13,14,15,18
**SDLC** 51:13
**Seaport** 2:11,11
**search** 84:15
**searched** 18:12 84:13 85:25
**second** 43:21 49:3
**see** 14:6 19:3 20:6 29:4,8 41:3,5,7,22 41:24 42:3,9,17,18 43:14 44:12 49:15 49:23 50:9,11,12 51:2,15 52:9,13 53:12 54:22 62:18 63:9,11,13,18,19 65:2,11,12,14 71:6 71:7 72:17 73:3,4 82:19 87:25 88:4,5 88:12 90:12,16,21 90:23
**seeing** 25:19 38:11
**send** 16:10 28:12 39:23 60:11,13 86:7
**sending** 52:12 54:16
**senior** 79:18
**sense** 38:18 46:15 59:23 60:3
**sensitive** 4:19
**sent** 14:12 16:9 18:19 86:7 87:4
**series** 3:17 40:11 87:17
**set** 93:8,18
**Seth** 2:7 5:3 16:10,13 16:18,20 84:9,17,21 84:24 85:20 86:5
**Seyfarth** 2:10 5:5
**SFN** 1:10 84:11
**Shapiro** 2:7 5:3
**Shara** 24:18,19 60:18
**share** 55:11 83:5
**Sharma** 16:24 17:5 21:14,18 29:17,25 55:23,25 57:15 70:9 71:8 81:8
**Shaw** 2:10 5:5
**SHEET** 94:2
**sheets** 20:17 21:4 27:19,20
**showed** 38:9 82:22
**simple** 40:17
**simply** 60:13
**simulate** 54:2
**simulating** 53:23
**single** 15:8 62:16,16 64:20,20 71:2
**sit** 44:16 58:14
**sitting** 35:3 58:15,17
**skill** 45:17,18,23
**social** 22:12 48:13 58:18,19
**socialize** 48:9,11
**software** 51:13
**Solutions** 13:13,14 13:15,17,20 14:9,12 14:13,16,17,19 15:14,23 17:2,7,14 17:15 18:13 19:3,4 19:6 23:22,24 24:2 24:3,9,16 25:5 28:25 30:16 60:5,6 60:7,9,19,24 86:2,2
**somebody** 55:9 74:14 81:19 83:3
**soon** 5:2 10:19 11:11 16:2 28:13 85:15
**sorry** 28:4 31:3 50:16 67:5 87:15 89:19
**sort** 59:24
**SOUTHERN** 1:3
**speak** 16:14,19 26:9 26:16,19 59:13
**speaking** 84:17
**specifically** 38:16 84:4,6
**spell** 24:19
**spelled** 88:11
**spent** 46:13
**Spherion** 1:10 4:14 5:6 17:6 19:3,6 23:23 30:9 32:12 82:11 84:10 94:3
**spoke** 16:21 18:22 27:14 65:5 84:21
**spoken** 21:13 83:18 84:20
**sshapiro@kmllp.c...** 2:8
**standard** 72:22
**start** 10:18 14:15 40:17
**started** 12:25 13:23 14:6,22,24 38:10,11 64:5 89:6
**starting** 35:19
**state** 1:5,22 4:11 5:13 93:5 94:3
**States** 1:2 9:16,20 10:2,20,23 11:12 14:7
**stay** 5:21 70:5
**Stevens** 1:20 93:4,22
**stopped** 10:14,16 28:24
**strange** 65:19
**strangest** 24:4
**studied** 7:15 39:12
**study** 7:18
**stuff** 75:14
**subject** 50:8 62:24 63:14 64:23 88:9
**submission** 68:3
**submit** 20:7
**submitting** 20:5,17 21:3 27:20
**subordinate** 25:22
**Subpeona** 1:16
**subpoena** 16:3 23:18 23:19 32:16 86:14 86:25
**Subscribed** 92:16 94:21
**success** 77:23
**suitcase** 85:11
**Suite** 2:11
**summary** 7:13
**supervising** 79:2
**supervisor** 79:4
**sure** 8:7 26:24,25 27:2,7,13 29:2 32:9 43:22 45:2 49:19 56:4,16 58:9 67:14 71:13,22 75:19 81:5 81:24,25 86:15
**surprise** 56:18,20
**suspicions** 60:23
**sworn** 92:16 93:8 94:21
**sworn/affirmed** 5:9
**systems** 10:3,4 12:10

13:12,18,18 14:11
14:12,13,16 15:15
17:4 28:6,10,16,24

**T**

**T** 3:2,9
**take** 15:8 28:21 40:9
  44:9,11 61:20 62:14
  65:23 75:17 81:22
**taken** 1:16
**takes** 51:9
**talk** 6:4 17:9,18,21
  18:4,5,15 23:25
  43:25 44:10 48:13
  59:4 82:13 89:5
  91:7,9
**talked** 15:25 27:12
  49:8 55:6 58:2,4,5,7
  58:24 59:16,19 67:9
  82:16
**talking** 6:11 11:8
  18:24 27:4 33:24
  49:13,14 57:14 58:6
  83:19 85:19 89:20
**team** 21:19 25:8,9
  36:22,23,25 37:2,5
  38:2,4,24,25 39:2,3
  39:4,5,22,23 40:3
  42:18,20,21,23,24
  42:25 43:4,5,13,16
  45:4 46:2 49:18
  50:23 51:8,8,12
  54:6,22 58:15 61:10
  61:14,16,17,18
  63:23 64:6,9,13,14
  65:7,7,25 71:16,18
  72:2,22 73:13 76:7
  76:13,15 77:5,25,25
  78:23,24 79:3,8,15
  79:19,22 80:2,6,18
  81:19
**team's** 37:7 39:9
**Technologies** 8:18,20
  12:6,20,25
**tell** 9:25 12:13 13:7,8
  17:8 30:6 36:20
  38:12 44:24 45:22
  46:25 55:9 61:2

64:24 66:20 74:3,15
  91:19
**telling** 31:10 45:3
  49:17,20 50:23
  60:13 66:23 67:4
**tells** 27:3
**ten** 62:6
**ten-page** 87:17
**term** 33:22
**terminated** 55:10
  56:9 88:17,18,19,21
  89:2
**termination** 55:5,8
**test** 11:7 21:8,9 27:21
  27:22,23 34:3,8,9
  36:21 37:7,23 38:20
  40:3 52:21,24 53:3
  53:4,7,9,10,20,23
  64:15 65:20,23
  73:15,15,16 76:16
  79:12
**tested** 10:11 36:20
**testified** 5:10 52:16
**testimony** 44:15 62:9
  62:9 93:7,10
**testing** 10:7,8,9 11:5
  11:21 13:14 19:18
  20:6 34:9 36:19,22
  36:23,25 37:2,7,18
  38:23,25 39:3,11
  42:22 43:3 46:18
  53:8 65:25 73:13
**Thank** 13:10 88:3
  90:22 92:8
**thing** 8:3 35:2 50:25
  51:15 59:20
**things** 48:14 85:9
**think** 15:20 18:2,9,24
  21:20,25 22:11,25
  24:5,17 26:11 30:20
  34:21 35:3 40:22
  42:21 46:20 50:13
  52:20 54:9,15,24
  61:6 62:11 65:24
  70:11,12 71:24
  73:22 74:19 75:3,6
  86:18 87:9 90:5

92:7
**thinking** 8:7 12:10
**third** 2:4 41:25
**thought** 86:4 90:7
**three** 27:14 42:11
  71:2 91:19
**Thursday** 16:4,5
**ticket** 32:3 51:3,17,19
  51:23
**time** 4:6,21 6:11 7:7
  7:10 10:22 12:12,24
  12:25 15:7,8 18:7
  20:17,20 21:3 27:19
  27:20 32:9 33:4
  40:19,20 44:18,18
  60:22 61:24 62:3
  64:5 67:12,19 73:2
  73:25,25 74:15 75:5
  75:9,10,21,24 77:19
  77:24 78:8 82:12
  83:16 86:21 87:3
  88:14 89:15,18
  91:22 92:10,12
**timeline** 57:2
**times** 74:2,20 84:16
  84:18
**timesheet** 34:22 68:3
  88:9
**timesheets** 90:16
**title** 14:4,5
**today** 83:17
**today's** 4:5 92:10
**told** 13:12,15 16:18
  24:12 33:20 55:7
  56:8 70:11 82:23,23
**tool** 64:11
**tools** 81:18
**top** 40:21,24 41:3,19
  52:8,12 87:22
**topics** 59:4
**total** 40:12
**touch** 17:6,15,17
  23:24
**tragedies** 85:23
**train** 22:9
**training** 11:2,4
**transcript** 93:9

**triages** 51:9
**tried** 87:3
**true** 93:9
**truth** 6:22
**try** 6:15 83:21
**trying** 13:5 15:14
  17:14 18:13
**Tuesday** 42:6 49:11
  87:23
**turn** 85:5
**two** 2:11 8:24 52:17
  71:23 74:2,20 76:24
**type** 38:17 50:13 76:4
  77:3
**typed** 77:4 84:7
**typing** 77:8

**U**

**U-N-N-A-T-I** 8:19
**UAT** 39:22,22
**unable** 20:6
**uncovering** 37:10
**understand** 5:24 6:9
  13:4 27:6,7,10
  30:11,15,23 31:12
  31:24 33:22 35:8,9
  44:14,17,23,25 45:8
  45:10 84:8
**understanding** 20:14
  32:17 33:3,4 34:23
  43:25 45:16 46:4
  51:24 67:17 69:23
  89:25
**understood** 45:12
**unhappy** 67:18
**unit** 38:25 39:3
**United** 1:2 9:15,20
  10:2,19,23 11:12
  14:7
**university** 7:22,23
  8:15
**Unnati** 8:18,20
**use** 52:21 53:4,25
  85:14 91:17
**user** 39:21 53:9,10,23
  54:2
**users** 68:5
**uses** 76:8

**V**

**v** 1:8 94:3
**valid** 54:8
**VB** 76:3,8,9 77:3
**verbally** 6:18
**versus** 4:14
**video** 4:7
**VIDEO-RECORD...** 1:14
**videographer** 2:17 4:2,4 7:7,9 61:23 62:2 75:20,23 89:14 89:17 92:9
**Vinod** 1:5,6 4:12,13 6:5 19:2 25:9 41:20 55:3,19 56:2 62:24 63:14 64:23 65:6,7 66:21 70:2 71:9,12 72:19 73:21 74:22 83:9,11 85:17 86:9 86:23 88:8
**Vinod's** 72:9 74:21 82:25 85:17

**W**

**wake** 74:13
**walked** 33:9
**walking** 29:8 59:15 59:21
**want** 5:18 6:8 7:11 25:16 43:22 44:9,11 44:24 62:7
**wanted** 9:19 19:3 70:5 86:4 91:17
**wasn't** 60:9 66:10,18 66:23 67:7
**way** 93:15
**ways** 76:24
**we'll** 6:4,15 25:15 43:25
**week** 80:10,23 81:14
**weekend** 88:22
**weekends** 68:20
**weeks** 72:24
**went** 13:16 85:16,24
**Wexler** 2:13 3:4,5 5:4 5:4 6:13 27:9 31:23

44:20 45:14 49:6 50:21 61:22 75:19 82:9,11 87:7 91:11 91:14 92:6
**WHEREOF** 93:17
**whispering** 4:20
**withdraw** 12:14 56:11 67:5
**witness** 1:15 3:3 4:16 93:7,11,17 94:4
**woman** 24:17
**wonder** 60:8
**work** 10:12 11:25 12:6 13:19,20 14:6 14:8,19 17:3 19:15 19:17 20:10 21:6 22:13 25:7 35:6 37:11,16 38:7 45:19 46:8 47:9,14 50:14 59:3 61:8 65:13 67:22 68:20 82:22
**worked** 12:9,9,21,21 13:2,2,6,16 19:10 19:12 20:21 21:13 25:2,11 30:8 31:11 45:24 54:25 68:7,10 68:13,23 69:7 75:4 75:12
**worker** 46:16 65:8 69:24
**working** 10:15,17,18 10:24 13:11 14:15 15:10 19:9 20:8 23:3 24:16 25:4 28:24 30:13 32:24 34:14 36:15 38:24 45:6 49:19,21 58:13 64:5,7 65:17 68:17 72:5,19 73:7,20 75:13 77:5
**works** 34:10
**wouldn't** 77:8
**write** 11:6 51:6 55:16 65:22 76:9,18
**writes** 27:21 43:17 76:11
**writing** 38:8 47:23

80:13
**written** 77:17,19,22 77:24 80:18 88:7
**wrong** 39:25 40:2 50:24
**wrote** 37:20 43:20 45:13 76:21 79:3 87:23 90:18 91:15 91:19

**X**

**X** 3:2,9

**Y**

**Y-A-A-R** 88:11
**Yeah** 79:16
**year** 12:4,7,11 88:10 91:20
**years** 20:21 21:10 27:24 31:11 45:21 46:13 77:13
**York** 1:3,5,6,18,23 2:4,4 4:10,12,13 5:21 93:5

**Z**

**0**

**00001598** 3:13 62:17
**00001743** 3:15 64:21
**00002549** 40:14
**00002587** 3:16 71:3
**02210-2028** 2:12

**1**

**1** 3:11 40:8,10 42:3,3 43:21 49:25 52:12
**1/22/2007** 71:5
**10** 72:24
**10:12** 44:20
**10:30** 61:24
**10:41** 62:3
**10:44** 71:5
**10:58** 75:21
**100** 88:23
**10022** 2:4
**104** 5:20
**11** 75:14

**11:02** 75:24
**11:18** 89:15
**11:21** 89:18
**11:24** 92:11,12
**11753** 5:21
**12** 1:19 4:6 94:3
**12/15/06** 3:14
**12:30** 72:24
**14** 13:22
**15** 64:22
**15-CIV-06605-JFK** 1:8
**15-CIV-06605(JFK)** 4:15
**170** 1:17 4:9

**2**

**2** 3:13 62:4,13,15
**2000** 9:2
**2001** 9:2
**2002** 9:17
**2004** 80:3
**2006** 14:24 36:13 62:22 64:3,7,22 81:4
**2007** 36:11 40:25 56:25 57:3 71:20,21 80:3 81:4 87:23 88:8 89:3
**2009** 70:6
**2010** 13:22 15:3 19:8
**2018** 1:19 4:6 92:18 93:19 94:3,22
**20th** 93:18
**212-371-6600** 2:5
**22** 71:21
**25** 88:8 89:3
**2549** 3:12
**2552** 3:12 40:15
**26** 62:22 87:23
**26th** 64:3
**29th** 42:6 49:11

**3**

**3** 3:14 64:16,18,20
**3:02** 62:22
**30** 40:25
**300** 2:11

**4**

**4** 3:16 70:23,25 72:13
**40** 3:11

**5**

**5** 3:4,17 87:12
**5/17/2007** 72:14

**6**

**6** 71:14 72:20
**617-946-4800** 2:12
**62** 3:13
**64** 3:14

**7**

**70** 3:16

**8**

**82** 3:4
**825** 2:4
**87** 3:5,17

**9**

**9** 71:14 72:20
**9:23** 1:19 4:7
**9:27** 7:7
**9:28** 7:10
**9:42** 41:2
**91** 3:5