

| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | SABITA KRISHNAN<br>Phone: 212.356.2273<br>Fax:212.356.2038<br>skrishna@law.nyc.gov |

July 31, 2019

**Via Electronic Filing**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  *The State of New York Ex. Rel. Vinod Khurana and the City of New York Ex Rel. Vinod Khurana v. Spherion Corp. (N/K/A SFN Group, Inc.),* 15 cv 6605 (JFK)

Dear Judge Furman:

      I write on behalf of Interested Party the City of New York (the "City") in response to your Honor's July 19, 2019 order regarding documents that are filed under seal to respectfully request additional time to respond to the Order.  All of the documents that are currently sealed are documents the City produced in response to a document request served on the City by Plaintiff-Relator Vinod Khurana.  Many of those documents are from the files of the New York City Department of Investigation (the "NYCDOI") relating to the CityTime investigation jointly conducted by the NYCDOI and the office of the United States Attorney for the Southern District.  The NYCDOI needs to review the documents that are currently under seal to determine whether it believes the documents should continue to remain under seal.  Because of vacation schedules and the number of documents to be considered, I respectfully request an extension from August 2 to August 20 to submit any letter-motion regarding documents that the City believes should remain under seal. The City has not made a prior request.

      Respectfully submitted,

      /s/ Sabita Krishnan_____
      Sabita Krishnan
      Assistant Corporation Counsel