UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
STATE OF NEW YORK *ex rel.* VINOD KHURANA et al.,

               Plaintiffs,

       -v-

SPHERION CORP. (N/K/A SFN GROUP, INC.),

               Defendant.
---------------------------------------------------------------------X

15-CV-6605 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      On July 19, 2019 the Court ordered any party that believes any currently sealed documents should remain under seal to file a letter-motion no later than August 2, 2019 explaining the basis for maintaining such documents under seal. *See* ECF No. 154 at 3-4. The Court later extended this deadline to August 20, 2019. *See* ECF No. 158. No such letter-motions have been filed. Accordingly, it is hereby ORDERED that Records Management upload all documents filed to date on the Electronic Case Filing system. To the extent that the Sealed Records Department does not have any document that should be part of the public record, the filing party shall promptly file it on ECF.

      SO ORDERED.

Dated: September 9, 2019
       New York, New York

                                          JESSE M. FURMAN
                                      United States District Judge