*The State of New York Ex Rel Vinod Khurana et al v. Spherion Corp*, 1:15-cv-06605-JFK-FM
Sealed Exhibit to ECF Doc. 53, Declaration of Sabita Krishnan

# Exhibit S
## Feb 22, 2011 Interview Notes
## Filed Under Seal

## NEW YORK CITY
## DEPARTMENT OF INVESTIGATION

To:   File

From: Matthew J. Befort

Date: February 22, 2011

Re: Interview of Vinod Khurana

---

On the above date, Department of Investigation ("DOI") Special Investigator Matthew J. Befort and First Deputy General Counsel Michael Siller conducted an interview of former CityTime consultant Vinod Khurana. Also present in the interview was Khurana's attorney, David Kovel. The interview was recorded and Khurana was placed under oath. The interview commenced at 4:38pm.[1]

Khurana stated that his address and contact information has remained the same. Khurana stated that he prepared the following documentation for the purpose of describing the events that took place that led him to believe that waste, fraud, and abuse was occurring on the CityTime project. For the purposes of the interview, Khurana provided DOI with the following documentation: 1) A document titled "fraud chart" (Exhibit 1); 2) A documented listing 19 events (Exhibit 2); and (3) A drawing of the floorplan of the 31st Street FISA office (Exhibit 3).

Khurana initially discussed Exhibit 1, which he stated is his interpretation of the fraud that occurred on the project and identified individuals who played a role in the corruption, specifically by misrepresenting data on the project, including submitting false timesheets and overbilling. The chart lists three different sections: Mis-representation of data; fraudulent timesheets; and Waste of city funds. Khurana said that he received information from persons who work for Science Applications International Corporation ("SAIC"). Some of the individual names listed on this chart do not contain the person's full names because Khurana did not know it. One important recollection he had that he had not previously shared with DOI is that, in the fourth quarter of 2005, Michael Fayerman came to Khurana's desk and said that "D.A. Solutions" is managed by Mark Mazer's wife.

Khurana discussed the following "events" listed on Exhibit 2:

Event One: When Khurana came onto the project he approached M. Hasham and asked him if he was qualified as a functional automation tester. Hasham said that he was not. Shortly thereafter, Khurana came to know Hasham's bill rate and it was exceptionally high for someone who was not qualified for this position.

---

[1] Khurana previously appeared at DOI on December 22, 2010 to provide information relating to the CityTime project. Khurana requested both the December 22, 2010 meeting and the February 22, 2011 meeting.

Event Two: Khurana had found out that an individual named "Ken" was unqualified for the same position, a functional automation tester. He was removed from the project after six months. Events one and two took place at the Spherion Building on Broad Street.

Event Three: Khurana said that several consultants sat idle for six to eight weeks while billing the Office of Payroll Administration ("OPA") for 'doing nothing'. Khurana said that Carl Bell, of SAIC, took the role of quality assurance automation from Spherion.

Event Four: Khurana was given the task of load testing for automation. M. Hasham was given the assignment of doing the testing as well. He did manual QA testing. His bill rate had not dropped. M. Hasham started off at $55 per hour. Khurana said that individuals who are qualified for this position are paid between $50 to $60 per hour, so he was being paid as if he were qualified. Khurana said that Hasham has no knowledge of programming.

Event Five: Khurana said that as he was performing load testing, he raised his concerns to OPA, FISA, Scott Berger, Sue Thompson, and Robert Townsend, and another person named "Rajee". Khurana reported to them that the load testing and application was not ready for deployment.

Event Six: Khurana said that he attended a meeting with Joel Bondy, Mark Mazer, Scott Berger, Michael Fayerman, and Sarah Gurjal. After Gurjal and Fayerman left the room, Bondy told Khurana that "we know this application is going to fail". Khurana said that this raised suspicion.

Event Seven: Khurana was given an assist named "Mohammed", who did not have an experience as a load tester. Mohammed worked with Khurana and SAIC load tester Jeff Boldie. Khurana said that Scott Berger gave Mohammed to him, but after three months Mohammed left the project.

Event Eight: Khurana said that this event took place shortly after Boldie joined the project. Boldie made a clear statement that he essentially fudged numbers in load testing, making something look better than it actually was. Boldie said that he applied "lipstick" to load scenarios and reports that he had produced.

Event Nine: Khurana said Berger met Khurana in the hallway and said that any further correspondence with FISA needs to go through him. Khurana sent a copy of this email that Berger had sent to Sue Amedeo, FISA, to various CityTime managers to ensure that they were aware of the process for communications between the vendors and the agency.

Event Ten: Khurana said that this event refers to the time in which two D.A. Solutions consultants were hired, named 'Van' and 'Julia'. Khurana said that he does not know their last time. At the time, Khurana 'Googled' D.A. Solutions and he could not find a website. At the time he also asked Howard Cohen, of Spherion, about these individuals, but he didn't have much information on them. Khurana said that these employees did add value to the project, as they were manual testers and they did a good job.

Event Eleven: This event refers to the time in which M. Fayerman told Khurana that "D.A. Solutions is managed by Mazer's wife". Khurana did not respect Fayerman, who was affiliated with SAIC, because of the quality of his work performed on the project. A few months later, Fayerman became a consultant through Technodyne.

Event Twelve: Khurana said that a consultant named 'Sangeeta' told Khurana that Mazer had been previously charged with sexual harassment. Khurana did not get any additional details from Sangeeta. Khurana recalls that at the time there was a Russian female consultant who had been on the job for a few months, but then left. Khurana assumed that this may have been the female Mazer was involved with.

Event Thirteen: Khurana said that Sangeeta's role as a consultant was undefined. He believes that she did secretarial work for Berger. Khurana said that she was OPA recommended and she reported directly to Berger.

Event Fourteen: Khurana said that this event refers to the fact that the functional automation team consisted only of D.A. Solutions consultants. Carl Bell was supposedly working with this team, but there were no deliverables. Khurana believes that Bell may not have been qualified enough to develop a framework to produce deliverables. When Khurana was providing this team with assistance, he realized all consultants, except for an individual named 'Jose', were D.A. Solutions consultants.

Event Fifteen: Khurana said that this event refers to an instance where he trained two individuals in load testing, each of whom were Primeview consultants. Their names were Abu and Prasshant. Each of them, Khurana believes, were not qualified to be load testers. Khurana believes that SAIC was fully aware of this but they took no action.

Event Sixteen: Khurana said that during the course of the project an individual named Mahesh Sharma to lead the automation testing team. Berger approached Khurana asking who would be a good person to lead the team and Khurana recommended Sharma. Khurana recommended to DOI that they contact Sharma at 917-981-8537 since he reported directly to Berger.

Event Seventeen: In addition to his duties to conduct automation testing, Khurana said that Sharma was also responsible for assisting with load testing. Khurana said that Sharma replied upon other consultants, whom Khurana also believed were unqualified for their positions. At the time, Khurana felt that this was an example of mis-management on the project.

Event Eighteen: Khurana said that after he left the project (in May 2007), he kept in touch with Sanjay Aryia, a consultant. At some point during a telephone conversation in 2008, Khurana said that Aryia stated that "it is common knowledge kickbacks to Mazer". Aryia indicated to Khurana that everyone on the floor at the office knows of the kickbacks. Aryia did not provide further contact information. Khurana provided Aryia's number, 732-593-7816.

Event Nineteen: In addition, during the same telephone conversation, Aryia said that only 15 of the 80 City agencies had CityTime. This was in mid-2008.

Khurana said that he has previously contacted DOI on other occasions, specifically in January 2009, when he requested that CNN and DOI investigate the waste and abuse of City funds. Khurana never followed up on his contact with DOI, in 2009.

In March 2010, Khurana said that Juan Gonzalez was writing several articles. Around that time, Khurana said that he commented on some of the articles, and asked the media and DOI to investigate the link between D.A. Solutions and Mazer.

NYC_CT00000012