# KIRBY McINERNEY LLP

250 Park Avenue, Suite 820
New York, NY 10177
Tel. 212.371.6600
Fax. 212.699.1194
WWW.KMLLP.COM
Of counsel
  Roger W. Kirby
  Alice McInerney

April 14, 2020

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1105
New York, New York 10007

      Re:    *State of New York ex rel. Khurana v. Spherion Corp. (n/k/a SFN Grp., Inc.)*, No. 15 Civ. 06605-JMF-OTW (S.D.N.Y.)

Dear Judge Furman:

      We represent the Plaintiff-Relator ("Plaintiff") in the above-referenced action. As discussed more fully below, we write respectfully to request a brief adjournment of the April 27, 2020 due date for the parties' joint pre-trial order and the related materials identified in Rules 5.B-D of your Honor's Invidual Practices (collectively, the "PTO"), so that the PTO would not be due until May 15, 2020. The parties jointly made one prior request for an extension of time to file the PTO. Defendant Spherion Corp. ("Defendant") does not oppose this request.

      On February 26, 2020, the Court denied Defendant's motion for summary judgment and directed the parties to file the PTO within 30 days and to be ready for trial as early as two weeks thereafter. *See* ECF No. 171, at 5-6. The Court further encouraged the parties to attempt to resolve their dispute through mediation and to notify the Court if the parties were to mediate in order to seek a postponement of the PTO due date. *See id.* at 6. By letter dated March 5, 2020, the parties notified the Court that they agreed to mediation and requested that the PTO due date be adjourned to April 27, 2020. *See* ECF No. 172. The Court granted that request in a memo endorsement dated March 5, 2020. *See* ECF No. 173. The parties appeared for a full-day mediation session on March 25, 2020 but were unable to reach a consensual resolution of this matter.

      Although counsel has been diligently prosecuting this action, Plaintiff makes this request because the current pandemic and accompanying office closures and work-from-home orders have greatly increased the amount of time and effort that is normally required to prepare the numerous materials constituting the PTO. For this reason, Plaintiff respectfully requests that the parties be granted a modest, additional extension of time from April 27, 2020 to May 15, 2020 to file the PTO. There is no currently scheduled date for the parties to next appear before the Court, and

Plaintiff respectfully notes that – in light of the Court's Standing Order suspending all jury trials until June 1, 2020 – the current request would not interfere with the earliest possible trial ready date.

    We thank the Court for its consideration of this request.

Respectfully submitted,

David E. Kovel

cc: All Counsel of Record (via ECF)

Application GRANTED. The parties shall the proposed joint pretrial order and related materials no later than **May 15, 2020**. The Clerk of Court is directed to terminate ECF No. 180. SO ORDERED.

April 14, 2020