UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                :
STATE OF NEW YORK *ex rel.* VINOD KHURANA, et al.,     :
                                                                 :
                                Plaintiffs,                  :       15-CV-6605 (JMF)
                                                                  :
                           -v-                               :           ORDER
                                                                   :
SPHERION CORP. (N/K/A SFN GROUP, INC.),       :
                                                                    :
                                Defendant.                  :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Today, the Court received a query by voicemail regarding the details of any potential bench trial. Unless and until the Court orders otherwise (after consulting with the parties), the Court contemplates a bench trial to occur in court, not remotely. Accordingly, any such trial would not be held until conditions allow for an in-person trial to be conducted safely.

       If the parties feel that there is a need for a conference to clarify or discuss the proposed bench trial further, they should so advise the Court by letter-motion filed on ECF. The parties are reminded that requests for a conference (or any other substantive communications) should be made by letter on ECF — not by voicemail — in accordance with the Court's Individual Rules and Practices.

       SO ORDERED.

Dated: April 29, 2020
       New York, New York                                       _____
                                                                        JESSE M. FURMAN
                                                                       United States District Judge