UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
STATE OF NEW YORK *ex rel.* VINOD KHURANA, et al., :
:
                       Plaintiffs, :       15-CV-6605 (JMF)
:
     -v- :       <u>ORDER</u>
:
SPHERION CORP. (N/K/A SFN GROUP, INC.), :
:
                       Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has reviewed the parties' joint letter, *see* ECF No. 193, and concludes that it requires more information regarding anticipated witness testimony before it can determine whether and to what extent issues of liability and damages should be bifurcated during the forthcoming bench trial.  Accordingly, the Court defers decision until after the parties file the Joint Proposed Pretrial Order and submit witnesses' direct testimony, both of which are due on **August 7, 2020**.  *See* ECF No. 192.  In such materials, each party is ORDERED to clearly and prominently identify any witness whose testimony relates *solely* to damages.

       For each witness, the parties are further ORDERED to identify in the Joint Proposed Pretrial Order and related materials whether they seek to take live testimony or introduce videotaped deposition testimony.

       Finally, the parties are ORDERED to meet and confer regarding procedures to be used in any remote trial in this case and to file joint or competing proposals no later than **July 24, 2020**.

       SO ORDERED.

Dated: June 29, 2020
       New York, New York
                                                         JESSE M. FURMAN
                                              United States District Judge