UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
NEW YORK ex rel. VINOD KHURANA, :
:
                Plaintiff, :
: 15-CV-6605 (JMF)
   -v- :
: ORDER
SPHERION CORP., :
:
                Defendant. :
:
----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    For reasons the Court explained at today's conference, the Court ORDERS that:

1. The trial, currently scheduled to commence on October 26, 2020, is ADJOURNED to November 3, 2020.

2. By 12:00 p.m. on October 19, 2020, defense counsel shall file an update letter and either party shall file any objection to the November 3, 2020 trial date.

3. The final pretrial conference, currently scheduled for October 19, 2020, is ADJOURNED to October 29, 2020, at 10:00 a.m.

4. The pretrial technology testing, currently scheduled for October 21, 2020, is adjourned *sine die*.

    SO ORDERED.

Dated: October 14, 2020                         _____
       New York, New York                       JESSE M. FURMAN
                                                   United States District Judge