# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NEW YORK ex rel. VINOD KHURANA, et al.,

                          Plaintiffs,                        15 **CIVIL** 6605 (JMF)

            -against-                          **JUDGMENT**

SPHERION CORP. (N/K/A SFN GROUP, INC.),

                          Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusion of Law dated January 6, 2021, in sum, Khurana's retaliation claims fail. At most, he proved that he engaged in only one form of activity that qualified as "protected" under the FCA statutes: his November 2006 report about Hasan and Sundaram. That one report aside, Khurana certainly raised his fair share of concerns about the beleaguered CityTime project. But these concerns were well within the scope of his employment and did not concern fraud, false claims, or anything else covered by the FCA statutes. It was only later, when the problems with the CityTime project became clearer and Mazer and others were arrested and charged with fraud, that Khurana sought to capitalize by retroactively casting his earlier complaints to be complaints about fraud, waste, and abuse. In any event, Khurana failed to prove that his June 2007 termination was caused by retaliation for his protected activity. Accordingly, Spherion is entitled to judgment with respect to Khurana's remaining claims of retaliation. Judgment is entered for Spherion, and this case is closed.

**Dated:**  New York, New York
           January 6, 2021

                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**
**BY:**
                                        **Deputy Clerk**